UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW VANDERHOOP,<br>    Plaintiff,<br><br>v.<br><br>WILMINGTON SAVINGS FUND SOCIETY FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR BCAT 2014-10TT,<br>    Defendant. | Civil Action No. |

**CERTIFICATE OF SERVICE**

I, Aaron A. Fredericks, Esq. of the law firm of Sassoon & Cymrot, LLP, counsel for defendant Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not in its individual capacity, but solely as Trustee for BCAT 2014-10TT hereby certify that I have this 11th day of September 2018 served a Notice of Removal, a Civil Cover Sheet, a Civil Category Sheet and this Certificate of Service by causing copies hereof to be sent by first-class, U.S. mail, postage pre-paid, to the following:

Deborrah M. Dorman, Esq.
PO Box 944
Tisbury, MA 02568

/s/ *Aaron A. Fredericks, Esq.*
Aaron A. Fredericks, Esq.

1