UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW VANDERHOOP,<br>    Plaintiff,<br><br>v.<br><br>WILMINGTON SAVINGS FUND SOCIETY FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR BCAT 2014-10TT,<br>    Defendant. | C.A. No. 18-CV-11924-FDS |

## NOTICE OF APPEARANCE

Please enter the appearance of Richard C. Demerle, Esq. as counsel of record for defendant Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not in its individual capacity, but solely as Trustee for BCAT 2014-10TT in the above-captioned action.

                                                      */s/ Richard C. Demerle, Esq.*
                                                    Richard C. Demerle, Esq. (BBO#652242)
                                                    Sassoon & Cymrot, LLP
                                                    84 State Street
                                                    Boston, MA 02109
                                                    (617) 720-0099
                                                    (617) 720-0366 (fax)
                                                    RDemerle@SassoonCymrot.com

DATE: September 12, 2018

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW VANDERHOOP,<br>    Plaintiff,<br><br>v.<br><br>WILMINGTON SAVINGS FUND SOCIETY FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR BCAT 2014-10TT,<br>    Defendant. | C.A. No. 18-CV-11924-FDS |

## CERTIFICATE OF SERVICE

I, Richard C. Demerle, Esq. of the law firm of Sassoon & Cymrot, LLP, counsel for defendant Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not in its individual capacity, but solely as Trustee for BCAT 2014-10TT hereby certify that I have this 12th day of September 2018 served a Notice of Appearance and this Certificate of Service by causing copies hereof to be sent by electronic mail via the electronic court filing system (ECF) and by first-class U.S. mail (M) to all parties not appearing electronically but entitled to service per the Federal Rules of Civil Procedure.

Deborrah M. Dorman, Esq.
PO Box 944
Tisbury, MA 02568 (ECF)

                                                */s/ Richard C. Demerle, Esq.*
                                                Richard C. Demerle, Esq.