# Dukes County Registry of Deeds

# Electronically Recorded Document

This is the first page of the document - Do not remove

## Recording Information

| | |
|---|---|
| Document Number | : 2549 |
| Document Type | : ASM |
| Recorded Date | : May 01, 2015 |
| Recorded Time | : 04:23:35 PM |
| Recorded Book and Page | : 01375 / 179 |
| Number of Pages(including cover sheet) | : 3 |
| Receipt Number | : 161360 |
| Recording Fee | : $75.00 |

**Dukes County Registry of Deeds**
**Dianne E. Powers, Register**
**81 Main Street**
**PO Box 5231**
**Edgartown, MA 02539**
**508-627-4025**
**www.Masslandrecords.com**

Prepared by, Recording Requested By and Return to:
Charles Brown
Brown & Associates
2316 Southmore
Pasadena, TX 77502
713-941-4928
Loan: 15331839
Client ID: GS/AOL

*227/10*

# ASSIGNMENT OF MORTGAGE

*FOR VALUE RECEIVED*, SANTANDER BANK, N.A., FORMERLY KNOWN AS SOVEREIGN BANK, ITS SUCCESSORS AND ASSIGNS, whose address is 601 Penn Street, Reading, PA 19601, does hereby assign and transfer to MTGLQ INVESTORS, L.P. whose address is c/o The Goldman Sachs Group, Inc., 6011 Connection Drive, 5th Floor, Irving, TX 75039, all its right, title and interest in and to the described Mortgage, together with certain note(s) described with all interest, all liens, any rights due or to become due thereon, executed by MATTHEW J. VANDERHOOP to SOVEREIGN BANK for $850,000.00 dated 4/24/2007 of record on 4/30/2007 in Book 1119 Page 298 at Document Number 2007 00003136, in the DUKES County Clerk's Office, State of MASSACHUSETTS.

Property Address: 17 OLD SOUTH RD, AQUINNAH, MASSACHUSETTS 02535

Executed this 9/9/14

SANTANDER BANK, N.A., FORMERLY KNOWN AS SOVEREIGN BANK

By: CARLIE F. SPEECE
Title: ASSISTANT VICE PRESIDENT

826886540                                9

VANDERHOOP                    KASOTA
MTGL                          SANTANDER-PRIV

# ACKNOWLEDGMENT

STATE OF PENNSYLVANIA

COUNTY OF BERKS

Before me, the undersigned officer, on this day, personally appeared CARLIE F. SPEECE the ASSISTANT VICE PRESIDENT of SANTANDER BANK, N.A., FORMERLY KNOWN AS SOVEREIGN BANK, ITS SUCCESSORS AND ASSIGNS, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal this 9/9/14

*Kathryn Marvel*
Notary Public in and for the State of PENNSYLVANIA
Notary's Printed Name: Kathryn Marvel
My Commission Expires: 10-4-15

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Kathryn Marvel, Notary Public
City of Reading, Berks County
My Commission Expires Oct. 4, 2015
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

For $850,000.00 dated 4/24/2007

# 1533189

ATTEST: Dianne E. Powers, Register