PREPARED BY: RLMS
WHEN RECORDED, RETURN TO:
**RUSHMORE LOAN MANAGEMENT SERVICES LLC**
**15480 LAGUNA CANYON ROAD, SUITE 100**
**IRVINE CA 92618**

RECORDING REQUESTED BY:
**RUSHMORE LOAN MANAGEMENT SERVICES LLC**



## ASSIGNMENT OF MORTGAGE

**FOR VALUE RECEIVED:**
ASSIGNOR:                          **MTGLQ INVESTORS, L.P.**

ASSIGNOR ADDRESS:                  **6011 CONNECTION DRIVE, 5TH FLOOR, IRVING, TX 75039**

**HEREBY GRANTS, ASSIGNS AND TRANSFERS TO:**
ASSIGNEE:                          **WILMINGTON SAVING FUND SOCIETY, FSB, DOING BUSINESS AS CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR BCAT 2014-10TT**

ASSIGNEE ADDRESS:                  **500 DELAWARE AVENUE, 11TH FLOOR, WILMINGTON, DELAWARE 19801**

**ALL OF ITS RIGHT, TITLE AND INTEREST AS MORTGAGEE UNDER THAT CERTAIN MORTGAGE:**
DATED:                             **04/24/2007**
ORIGINAL LOAN AMOUNT:              **$850,000.00**
MORTGAGOR/BORROWER:                **MATTHEW J. VANDERHOOP**
ORIGINAL MORTGAGEE:                **SOVEREIGN BANK**

RECORDED IN THE OFFICIAL REAL PROPERTY RECORDS OF **DUKES COUNTY, MA**
RECORDED: **04/30/2007** BOOK/VOLUME/LIBER: **1119** PAGE: **298** DOCUMENT: **2007 00003136**

PROPERTY SUBJECT TO LIEN:          **17 OLD SOUTH ROAD, AQUINNAH, MA 02535**

**TOGETHER WITH THE PROMISSORY NOTE OR NOTES THEREIN DESCRIBED OR REFERRED TO, THE MONEY DUE AND TO BECOME DUE THEREON WITH INTEREST, AND ALL RIGHTS ACCRUED OR TO ACCRUE UNDER SAID MORTGAGE.**

**FOR SIGNATORY AUTHOIRTY, SEE LIMITED POWER OF ATTORNEY RECORDED HEREWITH.**

DATED: FEB 0 2 2015                          **MTGLQ INVESTORS, L.P.**

BY:

NAME:    **Lynn Bluege-Rust**
TITLE:
         **ATTORNEY IN FACT**

# ACKNOWLEDGMENT

STATE OF **TEXAS** ) SS:
COUNTY OF **DALLAS**

ON ___FEB 0 2 2015___, BEFORE ME THE UNDERSIGNED, A NOTARY PUBLIC IN AND
FOR SAID STATE, PERSONALLY APPEARED, ___Lynn Bluege-Rust___, attorney in fact,
PERSONALLY KNOWN TO ME (OR PROVED TO ME ON THE BASIS OF SATISFACTORY
EVIDENCE) TO BE THE DULY AUTHORIZED PERSON WHO EXECUTED THE WITHIN INSTRUMENT
ON BEHALF OF THE **COMPANY** AND ACKNOWLEDGED TO ME THAT SUCH
___ATTORNEY IN FACT___, EXECUTED THE WITHIN INSTRUMENT PURSUANT TO ITS BY-LAWS
OR A RESOLUTION OF ITS BOARD OF DIRECTORS.
WITNESS MY HAND AND OFFICIAL SEAL.



NOTARY PUBLIC IN AND FOR SAID COUNTY AND STATE
MY COMMISSION EXPIRES ON: 10|24|15

CELESTE CHRISTMAN
Notary Public, State of Texas
My Commission Expires
October 24, 2015

Attest:

Jeanne E. Powers Register