# 17 SM 007509 Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-10TT v. Vanderhoop, Matthew J.

- Case Type
- Servicemembers
- Case Status
- Closed
- File Date
- 09/13/2017
- DCM Track:

- Initiating Action:
- SS - Complaint under Servicemembers Civil Relief Act
- Status Date:
- 06/14/2018
- Case Judge:

- Next Event:

**Property Address**

17 Old South Road
Aquinnah

All Information | Party | Docket | Financial | Receipt | Disposition

## Party Information

**Wilmington Savings Fund Society, FSB,**
- Plaintiff

**Party Attorney**
- Attorney
- Cody, Esq., Susan W
- Bar Code
- 552129
- Address
- Korde & Associates, P.C.
  900 Chelmsford St
  Suite 3102
  Lowell, MA  01851
- Phone Number
- (978)256-1500

More Party Information

**Vanderhoop, Matthew J.**
- Defendant

**Party Attorney**

More Party Information

## Docket Information

| Docket Date | Docket Text | Amount Owed |
|---|---|---|
| 09/13/2017 | Complaint under Servicemembers Civil Relief Act filed. | |

| Docket Date | Docket Text | Amount Owed |
|---|---|---|
| 09/13/2017 | Land Court servicemembers fee Receipt: 373891 Date: 09/15/2017 | $240.00 |
| 09/13/2017 | Land Court surcharge Receipt: 373891 Date: 09/15/2017 | $15.00 |
| 09/13/2017 | Mortgagee's Affidavit Under Chapter 206 of the Acts of 2007, filed | |
| 11/01/2017 | Order of Notice for service, for recording and for publication in the The Grapevine or The Vineyard Gazette, The Vineyard Gazette, returnable 12/18/2017, issued. | |
| 02/28/2018 | Order of Notice with Return Day of 12/18/2018 cancelled because of non-use by Attorney. | |
| 02/28/2018 | Order of Notice for service, for recording and for publication in the The Grapevine or The Vineyard Gazette, returnable 04/16/2018, issued. | |
| 05/11/2018 | Notice Returned to Court with Service Thereon. | |
| 05/11/2018 | Affidavit as to Military Service filed. | |
| 05/11/2018 | Motion for Judgment filed. | |
| 05/11/2018 | Motion for Judgment allowed.     (Patterson, Rec.) | |
| 06/14/2018 | Judgment Entered.     (Cutler, C.J.) | |

## Financial Summary

| Cost Type | Amount Owed | Amount Paid | Amount Dismissed | Amount Outstanding |
|---|---|---|---|---|
| Cost | $255.00 | $255.00 | $0.00 | $0.00 |
| Total | Total $255.00 | Total $255.00 | Total $0.00 | Total $0.00 |

## Receipts

| Receipt Number | Receipt Date | Received From | Payment Amount |
|---|---|---|---|
| 373891 | 09/15/2017 | Cody, Esq., Susan W | $255.00 |
| Total | Total | Total | Total $255.00 |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Judgment Entered. | 06/14/2018 | |