UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW VANDERHOOP,<br>    Plaintiff,<br><br>v.<br><br>WILMINGTON SAVINGS FUND SOCIETY FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR BCAT 2014-10TT,<br>    Defendant. | Civil Action No. 18-11924-FDS |

**CERTIFICATE OF CONFERENCE REGARDING
DEFENDANT'S MOTION TO DISMISS**

      NOW COMES Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not in its individual capacity, but solely as Trustee for BCAT 2014-10TT ("Wilmington Savings") defendant in the above-captioned action, and – pursuant to LR 7.1(a)(2) – hereby certify that Wilmington Savings conferred with Matthew Vanderhoop (the "**Plaintiff**") through counsel by telephone and by electronic mail in an effort to resolve or narrow the issues of disagreement that are the subject of the action. Wilmington Savings expects to have additional discussions with Plaintiff's counsel regarding the merits of the case. Despite these conversations, Wilmington Savings and the Plaintiff have not been able to resolve or narrow the issues of disagreement between them, issues that are the subject of the Motion of Wilmington Savings to Dismiss Complaint filed with this Court.

Respectfully submitted,

WILMINGTON SAVINGS FUND SOCIETY FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR BCAT 2014-10TT,

By its attorneys,

/s/ *Aaron A. Fredericks, Esq.*
Richard C. Demerle, Esq. (BBO#688412)
Aaron A. Fredericks, Esq. (BBO#688412)
Sassoon & Cymrot, LLP
84 State Street
Boston, MA 02109
(617) 720-0099
AFredericks@SassoonCymrot.com

DATE: October 15, 2018