UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW VANDERHOOP,<br>    Plaintiff,<br><br>v.<br><br>WILMINGTON SAVINGS FUND SOCIETY FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR BCAT 2014-10TT,<br>    Defendant. | Civil Action No. 18-11924-FDS |

## **CERTIFICATE OF SERVICE**

I, Aaron A. Fredericks, Esq. of the law firm of Sassoon & Cymrot, LLP, counsel for defendant Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not in its individual capacity, but solely as Trustee for BCAT 2014-10TT hereby certify that I have this 15th day of October 2018 served a <u>Memorandum of Law in Support of Motion of Wilmington Savings to Dismiss Complaint</u> and this <u>Certificate of Service</u> by causing copies to be sent by electronic mail via the electronic court filing system (ECF) and by first-class U.S. mail (M) to all parties not appearing electronically but entitled to service per the Federal Rules of Civil Procedure.

Deborrah M. Dorman, Esq.
Law Office of Deborrah M. Dorman
PO Box 944
Tisbury, MA 02568 (ECF)

                                                /s/ *Aaron A. Fredericks, Esq.*
                                                Aaron A. Fredericks, Esq.