# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW VANDERHOOP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILMINGTON SAVINGS FUNDS )<br>SOCIETY FSB d/b/a CHRISTIANA )<br>TRUST, NOT IN ITS INDIVIDUAL )<br>CAPACITY, BUT SOLELY AS TRUSTEE )<br>FOR BCAT, )<br>)<br>Defendant. )<br>) | Civil Action No.<br>18-11924-FDS |

## **PRELIMINARY INJUNCTION**

**SAYLOR, J.**

Pursuant to Fed. R. Civ. P. 65, and for the reasons stated on the record at the October 17, 2018, hearing, defendant Wilmington Savings Funds Society FSB is preliminarily enjoined from foreclosing on the property of Matthew Vanderhoop located at 17 Old South Road, Aquinnah, Dukes County, Massachusetts, prior to 5:00 p.m. on November 13, 2018.  The Court may extend the term of this injunction for good cause shown.

**So Ordered.**

/s/  F. Dennis Saylor  
F. Dennis Saylor, IV  
United States District Judge

Dated:  October 17, 2018