

*The Commonwealth of Massachusetts*
*Office of the Clerk of Courts*
*County of Dukes County*

CLERK OF COURTS
JOSEPH E. SOLLITTO, JR.

ASSISTANT CLERK
PAULA BERUBE-DEVANEY

TEL. 508-627-4668
EDGARTOWN, MASSACHUSETTS
02539

October 22, 2018

**By USPS**

Attn: Aaron A. Fredericks, Esq.
Sassoon & Cymrot
84 State Street
Boston, MA 02109

**Re: Matthew Vanderhoop vs. Wilmington Savings Fund Society FSB
     Docket No. 1874CV00034**

Dear Mr. Fredericks,

Please find attached certified copies and the docket report that you requested for the above referenced case. A total of 29 pages were copied at $2.50 per page. Please forward a check in the amount of $72.50 payable to the Dukes County Superior Court.

Very truly yours,

*Joseph E. Sollitto Jr.*

JOSEPH E. SOLLITTO, JR.
CLERK OF COURTS

**Commonwealth of Massachusetts**
## DUKES COUNTY
### Docket Report

**1874CV00034 Vanderhoop, Matthew vs. Wilmington Savings Fund Society FSB**

| | | | |
|---|---|---|---|
| **CASE TYPE:** | Real Property | **FILE DATE:** | 08/22/2018 |
| **ACTION CODE:** | C99 | **CASE TRACK:** | F - Fast Track |
| **DESCRIPTION:** | Other Real Property Action | | |
| **CASE DISPOSITION DATE** 09/18/2018 | | **CASE STATUS:** | Closed |
| **CASE DISPOSITION:** | Transferred to another Court | **STATUS DATE:** | 09/18/2018 |
| **CASE JUDGE:** | | **CASE SESSION:** | Civil A |

| DCM TRACK | | |
|---|---|---|
| **Tickler Description** | **Due Date** | **Completion Date** |
| Service | 11/20/2018 | 09/18/2018 |
| Rule 15 Served By | 12/20/2018 | 09/18/2018 |
| Rule 12/19/20 Served By | 12/20/2018 | 09/18/2018 |
| Answer | 12/20/2018 | 09/18/2018 |
| Rule 15 Filed By | 01/22/2019 | 09/18/2018 |
| Rule 12/19/20 Filed By | 01/22/2019 | 09/18/2018 |
| Rule 12/19/20 Heard By | 02/19/2019 | 09/18/2018 |
| Rule 15 Heard By | 02/19/2019 | 09/18/2018 |
| Discovery | 06/18/2019 | 09/18/2018 |
| Rule 56 Served By | 07/18/2019 | 09/18/2018 |
| Rule 56 Filed By | 08/19/2019 | 09/18/2018 |
| Final Pre-Trial Conference | 12/16/2019 | 09/18/2018 |
| Judgment | 08/21/2020 | 09/18/2018 |

| PARTIES | |
|---|---|
| **Plaintiff**<br>Vanderhoop, Matthew<br>17 Old South Road<br>Aquinnah, MA 02535 | **Attorney** 635729<br>Deborrah M Dorman<br>Law Office of Deborrah M. Dorman<br>Law Office of Deborrah M. Dorman<br>Post Off Box 944<br>Vineyard Haven, MA 02568<br>Work Phone (774) 563-0040<br>Added Date: 08/22/2018 |

| Defendant | Attorney | 655936 |
|---|---|---|
| Wilmington Savings Fund Society FSB | Julie A Ranieri<br>Korde & Associates, P.C.<br>Korde & Associates, P.C.<br>900 Chelmsford St<br>Suite 3102<br>Lowell, MA 01851<br>Work Phone (978) 256-1500<br>Added Date: 09/05/2018 | |
| | **Attorney** | 688412 |
| | Aaron Fredericks<br>Sassoon & Cymrot, LLP<br>Sassoon & Cymrot, LLP<br>84 State St<br>8th Floor<br>Boston, MA 02109<br>Work Phone (617) 720-0099<br>Added Date: 09/17/2018 | |

## EVENTS

| Date | Session | Event | Result | Resulting Judge |
|---|---|---|---|---|
| 08/22/2018 | Civil A | Motion Hearing | Held as Scheduled | Moriarty |
| 09/04/2018 | Civil A | Hearing on Preliminary Injunction | Rescheduled | Moriarty |

## FINANCIAL SUMMARY

| | Fees/Fines/Costs/Charge | Assessed | Paid | Dismissed | Balance |
|---|---|---|---|---|---|
| | Total | 370.00 | 370.00 | 0.00 | 0.00 |

| INFORMATIONAL DOCKET ENTRIES | | | |
| --- | --- | --- | --- |
| Date | Ref | Description | Judge |
| 08/22/2018 | | Attorney appearance<br>On this date Deborrah M Dorman, Esq. added for Plaintiff Matthew Vanderhoop | |
| 08/22/2018 | | Case assigned to:<br>DCM Track F - Fast Track was added on 08/22/2018 | |
| 08/22/2018 | 1 | Original Civil Complaint Filed and Motion for Temporary Restraining Injunction for Protection From an Unlawful Foreclosure Auction of His Home. | |
| 08/22/2018 | 2 | Civil action cover sheet filed. | |
| 08/22/2018 | 3 | Affidavit of Matthew Vanderhoop<br>in Support of Complaint and Motion for Temporary Restraining Injunction for Protection From an Unlawful Foreclosure Auction of His Home. | |
| 08/22/2018 | | Event Result:: Motion Hearing scheduled on:<br>   08/22/2018 11:00 AM<br>Has been: Held as Scheduled<br>Hon. Cornelius J Moriarty, II, Presiding<br>Appeared:<br>Staff: | Moriarty |
| 08/30/2018 | 4 | Defendant Wilmington Savings Fund Society FSB's Assented to Motion to continue / reschedule an event 09/04/2018 09:00 AM Hearing on Preliminary Injunction | |
| 09/04/2018 | | Event Result:: Hearing on Preliminary Injunction scheduled on:<br>   09/04/2018 09:00 AM<br>Has been: Rescheduled       For the following reason: By Court prior to date<br>Hon. Cornelius J Moriarty, II, Presiding<br>Appeared:<br>Staff: | Moriarty |
| 09/05/2018 | | Attorney appearance<br>On this date Julie A Ranieri, Esq. added for Defendant Wilmington Savings Fund Society FSB | |
| 09/17/2018 | 5 | Attorney appearance<br>On this date Aaron Fredericks, Esq. added for Defendant Wilmington Savings Fund Society FSB | |
| 09/17/2018 | 6 | Notice of Removal to the United States District Court filed by<br><br>Applies To: Fredericks, Esq., Aaron (Attorney) on behalf of Wilmington Savings Fund Society FSB (Defendant) | |
| 09/17/2018 | 7 | Certificate of service of attorney or Pro Se:<br><br>Aaron Fredericks, Esq. | |
| 09/18/2018 | | Case transferred to another court. | |

| 09/21/2018 | 8 | Notice of Removal to the United States District Court filed by |
|---|---|---|
| | | Wilmington Savings Fund Society FSB |
| | | Applies To: Wilmington Savings Fund Society FSB (Defendant) |
| 10/01/2018 | 9 | Service Returned for<br>Defendant Wilmington Savings Fund Society FSB: Service through person<br>in charge / agent; on 9/24/2018 |

COMMONWEALTH OF MASSACHUSETTS
THE TRIAL COURT
~~Su~~*Superior* ~~PROBATE AND FAMILY~~ COURT DEPARTMENT

DUKES, SS

DOCKET NO. 1874CV00034

)
MATTHEW VANDERHOOP,                        )
    **Plaintiff**                              )
)
VS                                         )
)
WILMINGTON SAVINGS FUND                    )
SOCIETY FSB, DOING BUSINESS AS             )
CHRISTIANA TRUST, NOT IN ITS               )
INDIVIDUAL CAPACITY, BUT                   )
SOLELY AS TRUSTEE FOR BCAT                 )
2014-10TT,                                 )
    **Defendant**                             )
_____)

A True Copy, Attest:
Joseph E. Sollitto, Jr.

Joseph E. Sollitto, Jr.
Clerk of Courts

## COMPLAINT AND MOTION FOR TEMPORARY RESTRAINING INJUNCTION FOR PROTECTION FROM AN UNLAWFUL FORECLOSURE AUCTION OF HIS HOME, G.L.c 244, Sec. 35B

    NOW COMES Mr. Matthew Vanderhoop, the Plaintiff in the above-captioned action, who presents this Complaint and Motion for Temporary Restraining Injunction for Protection from Unlawful Foreclosure Auction of his Home, located at 17 Old South Road, in Aquinnah, Massachusetts.

1. On or about April 24, 2007, Mr. Vanderhoop obtained a mortgage from Sovereign Bank for $850,000 to purchase 17 Old South Road, Aquinnah. During the recent recession, Mr. Vanderhoop fell behind in his mortgage, but has been denied the opportunity to modify his mortgage in order to avoid foreclosure of his home in violation of G.L.c 244.

2. The Defendant does not have clear title to Mr. Vanderhoop's home, 17 Old South Road, Aquinnah.

3. On January 22, 2016, Angela Farmer, Vice President, signed an *Affidavit Regarding Note Secure by Mortgage to be Foreclosed,* by Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity but solely as Trustee

FILED
SUPERIOR COURT
COUNTY OF DUKES COUNTY

AUG 22 2018

REC'D
_____CLERK

BCATd 2014-10TT by Rushmore Loan Management Services LLC, its appointed attorney in Fact. See Book 01397, Book 883.

4. However, the property was not transferred to Wilmington Savings until February 6, 2018, when MTGLQ Investors, assigned and transferred Wilmington Savings Fund Society, FSB, Doing Business as Christiana Trust, not in its individual capacity but solely as Trustees for BCAT 2014-10TT, whose address is c/o Selene Finance LP. See Book 01460, Page 560.

5. Permission for Mr. Vanderhoop to access his home at 17 South Road, Aquinnah, has been granted to him and his family members by the Wampanoag Tribe of Gay Head (Aquinnah), of which Mr. Vanderhoop is a member, and it is questionable as to whether access across Wampanoag Tribal Lands would be allowed to a third party.

THEREFORE, Mr. Vanderhoop ask this Honorable Court to issue a Temporary Restraining Order, Preliminary Injunction, and Permanent Injunction restraining and enjoining the Defendant from conducting a Foreclosure auction of 17 South Road, Aquinnah, and award any other such relief as the Court deems appropriate. Further, Mr. Vanderhoop requests that the Court schedule Preliminary Injunction Hearing prior to the expiration of any Temporary Restraining Order that may be granted.

August 23, 2018

Respectfully submitted,
MATTHEW VANDERHOOP
By his attorney,

Deborrah M. Dorman, Esq.
Post Office Box 944
Tisbury, MA 02568
(774) 563-0040
BBO#635729

| CIVIL ACTION COVER SHEET | DOCKET NUMBER 1874CV00034 | Trial Court of Massachusetts The Superior Court |
|---|---|---|

| PLAINTIFF(S): Matthew Vander hoop | |
|---|---|
| ADDRESS: 17 Old South Road Aquinnah, MA | COUNTY Dukes |

| | DEFENDANT(S): Wilmington Savings Fund Society FSB, Doing Business as Christiana Trust |
|---|---|
| ATTORNEY: Deborah M. Dorman | |
| ADDRESS: P.O. Box 944 Tisbury, MA 02568 | ADDRESS: 120 Gibraltar Rd., Suite 300 Horsham, PA 19044 |
| BBO: | |

## TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)

| CODE NO. | TYPE OF ACTION (specify) Complaint/Motion for | TRACK _____ | HAS A JURY CLAIM BEEN MADE? ☐ YES ☑ NO |
|---|---|---|---|
| *If "Other" please describe: | TRO | | |

## STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ............................................................................................... $ _____
2. Total doctor expenses ................................................................................................. $ _____
3. Total chiropractic expenses ......................................................................................... $ _____
4. Total physical therapy expenses ................................................................................. $ _____
5. Total other expenses (describe below) ....................................................................... $ _____
  Subtotal (A): $ _____
B. Documented lost wages and compensation to date ...................................................... $ _____
C. Documented property damages to dated ...................................................................... $ _____
D. Reasonably anticipated future medical and hospital expenses ...................................... $ _____
E. Reasonably anticipated lost wages .............................................................................. $ _____
F. Other documented items of damages (describe below) ................................................. $ _____

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

A True Copy Attest:
Joseph E. Sollitto, Jr.

TOTAL (A-F):$ _____

### CONTRACT CLAIMS
(attach additional sheets as necessary)

FILED
SUPERIOR COURT
COUNTY OF DUKES COUNTY

Provide a detailed description of claims(s):
Clerk of Courts

AUG 22 2018

REC'D
CLERK

TOTAL: $ _____

Signature of Attorney/Pro Se Plaintiff: X                    Date:

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

## CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X Deborah M. Dorman                    Date:

**COMMONWEALTH OF MASSACHUSETTS**
**THE TRIAL COURT**
~~PROBATE AND FAMILY~~ *Superior* COURT DEPARTMENT

DUKES, SS

DOCKET NO. 1874CV00034

MATTHEW VANDERHOOP,       )
      **Plaintiff**       )
             )
VS       )
             )
             )
WILMINGTON SAVINGS FUND       )
SOCIETY FSB, DOING BUSINESS AS       )
CHRISTIANA TRUST, NOT IN ITS       )
INDIVIDUAL CAPACITY, BUT       )
SOLELY AS TRUSTEE FOR BCAT       )
2014-10TT,       )
      **Defendant**       )

A True Copy Attest:

Joseph E. Sollitto, Jr.
Clerk of Courts

**PLAINTIFF'S AFFIDAVIT IN SUPPORT OF**
**COMPLAINT AND MOTION FOR TEMPORARY**
**RESTRAINING INJUNCTION FOR PROTECTION FROM**
**AN UNLAWFUL FORECLOSURE AUCTION OF HIS**
**HOME, G.L.c 244, Sec. 35B**

1. My name is Matthew Vanderhoop and I live at 17 Old South Road, Aquinnah, Massachusetts.

2. I obtained a mortgage on or about April 24, 2007, but when I fell behind in my mortgage payments, was unable to obtain a modification of my mortgage.

3. My mortgage changed hands so many times that it was hard to keep up with who really owned my mortgage and the documents themselves regarding my title are equally confusing.

4. I am a member of the Wampanoag Tribe of Gay Head (Aquinnah) and have received tribal permission to access my home. I believe that this right of access is limited to me and my family.

5. If the foreclosure sale of my home is allowed today, my family and I will suffer irreparable harm.

Signed under the pains and penalties of perjury: *Matthew J. Vanderhoop*
                                     Matthew Vanderhoop

FILED
SUPERIOR COURT
COUNTY OF DUKES COUNTY

AUG 22 2018

REC'D
_____CLERK



# COMMONWEALTH OF MASSACHUSETTS

**DUKE SS.**

**SUPERIOR COURT**
**DOCKET # 1874CV00034**

Matthew Vanderhoop,

    Plaintiff,

v.

Wilmington Savings Fund Society FSB, d/b/a
Christiane Trust, not in its individual capacity
but solely as Trustee for BCAT 2014-10TT,

    Defendant.

A True Copy Attest:

*Joseph E. Sollitto, Jr.*

Joseph E. Sollitto, Jr.
Clerk of Courts

## ASSENTED TO MOTION TO CONTINUE

Now comes the Defendant, Wilmington Savings Fund Society FSB, d/b/a Christiane Trust, not in its individual capacity but solely as Trustee for BCAT 2014-10TT ("Defendant"), and respectfully requests that the Court continue the hearing currently scheduled for Monday, September 4, 2018 at 9 AM, to one of the following days convenient to the Court: October, 11, 12, 16, 17 or 19, 2018.

In support thereof, undersigned counsel for Defendant states that the parties have agreed to continue the hearing as Defendant's counsel is unable to attend the hearing as scheduled on September 4, 2018.  There is no prejudice to either party in granting a brief continuance of the September 4, 2018, scheduled hearing.

Plaintiff's counsel assents to this motion.

Wherefore, Defendant respectfully requests that the Court allow this Assented to Motion to Continue the Monday, September 4, 2018 hearing to a date convenient to or the Court as set forth above.

**FILED**
SUPERIOR COURT
COUNTY OF DUKES COUNTY

**AUG 30 2018**

REC'D

_____ CLERK

Dated:  August 29, 2018.

Respectfully submitted,
Plaintiff,
Matthew Vanderhoop,
By his attorney,

_Deborrah M. Dorman_

Deborrah M. Dorman, Esq. BBO # 635729
Law Office of Deborrah M. Dorman
P.O. Box 944
Tisbury, MA 02568
774-563-0040
dormandmd@aol.com

Respectfully submitted,
Defendant,
Wilmington Savings Fund Society FSB,
d/b/a Christiane Trust, not in its individual
capacity but solely as Trustee for BCAT
2014-10TT
By its attorneys,

_Julie A. Ranieri_   BBO # 65946_2_

Julie A. Ranieri, Esq. BBO # 655936
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
(978) 256-1500 (ext. 210)
jranieri@kordeassociates.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Assented to Motion to Continue was sent to:

Deborrah M. Dorman, Esq.
Post Office Box 944
Tisbury, MA 02568

by first class mail, postage prepaid on this 29th day of August 2018.

_Julie A. Ranieri_   BBO #65946

Julie A. Ranieri, Esq.

(5)

## COMMONWEALTH OF MASSACHUSETTS

DUKES, ss.

SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT
C.A. NO. 1874CV00034

| |
|---|
| MATTHEW VANDERHOOP,<br>    Plaintiff,<br><br>v.<br><br>WILMINGTON SAVINGS FUND<br>SOCIETY FSB, D/B/A CHRISTIANA<br>TRUST, NOT IN ITS INDIVIDUAL<br>CAPACITY, BUT SOLELY AS TRUSTEE<br>FOR BCAT 2014-10TT,<br>    Defendant. |

A True Copy Attest:

*Joseph E. Sollitto Jr.*

FILED
SUPERIOR COURT
COUNTY OF DUKES COUNTY

Joseph E. Sollitto Jr.
Clerk of Courts

SEP 17 2018

REC'D
_____CLERK

### NOTICE OF APPEARANCE

Please enter the appearance of Aaron A. Fredericks, Esq. as counsel of record for

defendant Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not in its

individual capacity, but solely as Trustee for BCAT 2014-10TT in the above-captioned

action.

_____
Aaron A. Fredericks, Esq. (BBO#688412)
Sassoon & Cymrot, LLP
84 State Street
Boston, MA 02109
(617) 720-0099
AFredericks@SassoonCymrot.com

DATE: September 11, 2018

⑥

## COMMONWEALTH OF MASSACHUSETTS

DUKES, ss.

SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT
C.A. NO. 1874CV00034

MATTHEW VANDERHOOP,
    Plaintiff,

v.

WILMINGTON SAVINGS FUND
SOCIETY FSB, D/B/A CHRISTIANA
TRUST, NOT IN ITS INDIVIDUAL
CAPACITY, BUT SOLELY AS TRUSTEE
FOR BCAT 2014-10TT,
    Defendant.

FILED
SUPERIOR COURT
COUNTY OF DUKES COUNTY

SEP 17 2018

REC'D

_____CLERK

Deborrah M. Dorman, Esq.
PO Box 944
Tisbury, MA 02568

### NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that defendant Wilmington Savings Fund Society FSB,

d/b/a Christiana Trust, not in its individual capacity, but solely as Trustee for BCAT

2014-10TT on the 11th day of September 2018, filed a Notice of Removal regarding the

above-captioned action in the Office of the Clerk of the U.S. District Court for the

District of Massachusetts in Boston, Massachusetts.  A copy is attached as Exhibit A.

A True Copy, Attest:

*Joseph E. Sollitto, Jr.*

Joseph E. Sollitto, Jr.
Clerk of Courts

Respectfully submitted,

WILMINGTON SAVINGS FUND SOCIETY
FSB, D/B/A CHRISTIANA TRUST, NOT
IN ITS INDIVIDUAL CAPACITY, BUT
SOLELY AS TRUSTEE FOR BCAT 2014-
10TT,

By its attorney,

Aaron A. Fredericks, Esq. (BBO#688412)
Sassoon & Cymrot, LLP
84 State Street
Boston, MA 02109
(617) 720-0099
AFredericks@SassoonCymrot.com

DATE: September 11, 2018

# EXHIBIT A

Notice of Removal

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW VANDERHOOP,<br>        Plaintiff,<br><br>v.<br><br>WILMINGTON SAVINGS FUND<br>SOCIETY FSB, D/B/A CHRISTIANA<br>TRUST, NOT IN ITS INDIVIDUAL<br>CAPACITY, BUT SOLELY AS TRUSTEE<br>FOR BCAT 2014-10TT,<br>        Defendant. | Civil Action No. 18-11924 |

## NOTICE OF REMOVAL

PURSUANT TO 28 U.S.C. §§ 1332, 1441 and 1446, defendant Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not in its individual capacity, but solely as Trustee for BCAT 2014-10TT ("Wilmington Savings") hereby removes the above-captioned action, originally filed in the Superior Court of the Commonwealth of Massachusetts, to the U.S. District Court for the District of Massachusetts.

### Statement of Grounds for Removal

1.      Matthew Vanderhoop ("Plaintiff") is, on information and belief, a Massachusetts citizen with a principal residence located in Aquinnah, Massachusetts.

2.      Wilmington Savings is a subsidiary of Wilmington Savings Fund Society Financial Corporation, a financial services holding company headquartered in Wilmington, Delaware.

3.      By quitclaim deed dated January 7, 1995, the Plaintiff and Rachel Vanderhoop became record owners of certain real property known as and numbered 17 Old South Road, Aquinnah, Dukes County, Massachusetts (the "Property").

4.      On April 24, 2007, the Plaintiff executed a promissory note in favor of Sovereign Bank (the "Lender") to borrow the sum of $850,000.00 (the "Note").  As security for his obligations under the Note, the Plaintiff granted a mortgage on the Property in favor of the Lender (the "Mortgage").

5.      The Mortgage was assigned to Wilmington Savings by an assignment of mortgage dated February 2, 2015.

6.      Selene Finance LP ("Selene") is the loan servicer for the Note and Mortgage on behalf of Wilmington Savings.

7.      On August 22, 2018, the Plaintiff filed a complaint (the "Complaint") with the Superior Court (Dukes) for the Commonwealth of Massachusetts (the "State Court"), commencing the above-captioned action.  A copy of the Complaint is attached hereto as Exhibit 1.

8.      In the Complaint, the Plaintiff seeks *inter alia* to enjoin Wilmington Savings from proceeding with a foreclosure sale regarding Wilmington Savings' Mortgage on the Property.

## Jurisdiction

9.      This Court has jurisdiction of the above-captioned action pursuant to 28 U.S.C. § 1332 in that the Plaintiff and Wilmington Savings are citizens of different states

and the amount in controversy, exclusive of interest and costs, exceeds the sum or value of $75,000.00.

10.     Removal is timely as, on August 22, 2018, the Plaintiff filed the Complaint with the State Court.

11.     Pursuant to the Local Rules for the U.S. District Court for the District of Massachusetts (the "District Court"), within 30 days after the filing of this notice of removal, Wilmington Savings shall file with the District Court certified or attested-to copies of all records and proceedings in the State Court and a certified or attested-to copy of all docket entries in the State Court.  Local Rule 81.1.

Respectfully submitted,

WILMINGTON SAVINGS FUND SOCIETY FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR BCAT 2014-10TT,

By its attorney,

/s/ Aaron A. Fredericks, Esq.
Aaron A. Fredericks, Esq. (BBO#688412)
Sassoon & Cymrot, LLP
84 State Street
Boston, MA 02109
(617) 720-0099
AFredericks@SassoonCymrot.com

DATE: September 11, 2018

COMMONWEALTH OF MASSACHUSETTS
THE TRIAL COURT
PROBATE AND FAMILY COURT DEPARTMENT

DUKES, SS                                           DOCKET NO.

| | |
|---|---|
| **MATTHEW VANDERHOOP,** )<br>**Plaintiff** )<br> )<br>**VS** )<br> )<br>**WILMINGTON SAVINGS FUND** )<br>**SOCIETY FSB, DOING BUSINESS AS** )<br>**CHRISTIANA TRUST, NOT IN ITS** )<br>**INDIVIDUAL CAPACITY, BUT** )<br>**SOLELY AS TRUSTEE FOR BCAT** )<br>**2014-10TT,** )<br>**Defendant** )<br> ) | **FILED**<br>SUPERIOR COURT<br>COUNTY OF DUKES COUNTY<br><br>SEP 17 2018<br><br>REC'D<br>_____CLERK |

COMPLAINT AND MOTION FOR TEMPORARY
RESTRAINING INJUNCTION FOR PROTECTION FROM
AN UNLAWFUL FORECLOSURE AUCTION OF HIS
HOME, G.L.c 244, Sec. 35B

NOW COMES Mr. Matthew Vanderhoop, the Plaintiff in the above-captioned action, who presents this Complaint and Motion for Temporary Restraining Injunction for Protection from Unlawful Foreclosure Auction of his Home, located at 17 Old South Road, in Aquinnah, Massachusetts.

1. On or about April 24, 2007, Mr. Vanderhoop obtained a mortgage from Sovereign Bank for $850,000 to purchase 17 Old South Road, Aquinnah. During the recent recession, Mr. Vanderhoop fell behind in his mortgage, but has been denied the opportunity to modify his mortgage in order to avoid foreclosure of his home in violation of G.L.c 244.

2. The Defendant does not have clear title to Mr. Vanderhoop's home, 17 Old South Road, Aquinnah.

3. On January 22, 2016, Angela Farmer, Vice President, signed an *Affidavit Regarding Note Secure by Mortgage to be Foreclosed*, by Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity but solely as Trustee for

BCATd 2014-10TT by Rushmore Loan Management Services LLC, its appointed attorney in Fact. <u>See Book 01397, Book 883</u>.

4. However, the property was not transferred to Wilmington Savings until February 6, 2018, when MTGLQ Investors, assigned and transferred Wilmington Savings Fund Society, FSB, Doing Business as Christiana Trust, not in its individual capacity but solely as Trustees for BCAT 2014-10TT, whose address is c/o Selene Finance LP. <u>See Book 01460, Page 560</u>.

5. Permission for Mr. Vanderhoop to access his home at 17 South Road, Aquinnah, has been granted to him and his family members by the Wampanoag Tribe of Gay Head (Aquinnah), of which Mr. Vanderhoop is a member, and it is questionable as to whether access across Wampanoag Tribal Lands would be allowed to a third party.

THEREFORE, Mr. Vanderhoop ask this Honorable Court to issue a Temporary Restraining Order, Preliminary Injunction, and Permanent Injunction restraining and enjoining the Defendant from conducting a Foreclosure auction of 17 South Road, Aquinnah, and award any other such relief as the Court deems appropriate. Further, Mr. Vanderhoop requests that the Court schedule Preliminary Injunction Hearing prior to the expiration of any Temporary Restraining Order that may be granted.

August 23, 2018

Respectfully submitted,
MATTHEW VANDERHOOP
By his attorney,

Deborrah M. Dorman, Esq.
Post Office Box 944
Tisbury, MA 02568
(774) 563-0040
BBO#635729

**COMMONWEALTH OF MASSACHUSETTS**
**THE TRIAL COURT**
**PROBATE AND FAMILY COURT DEPARTMENT**

DUKES, SS                                                  DOCKET NO.

| | |
|---|---|
| MATTHEW VANDERHOOP, **Plaintiff** )<br>)<br>) | |
| VS ) ) | **FILED**<br>SUPERIOR COURT<br>COUNTY OF DUKES COUNTY |
| WILMINGTON SAVINGS FUND )<br>SOCIETY FSB, DOING BUSINESS AS )<br>CHRISTIANA TRUST, NOT IN ITS )<br>INDIVIDUAL CAPACITY, BUT )<br>SOLELY AS TRUSTEE FOR BCAT )<br>2014-10TT, )<br>**Defendant** ) | SEP 17 2018<br><br>REC'D<br>_____CLERK |

**PLAINTIFF'S AFFIDAVIT IN SUPPORT OF**
**COMPLAINT AND MOTION FOR TEMPORARY**
**RESTRAINING INJUNCTION FOR PROTECTION FROM**
**AN UNLAWFUL FORECLOSURE AUCTION OF HIS**
**HOME, G.L.c 244, Sec. 35B**

1. My name is Matthew Vanderhoop and I live at 17 Old South Road, Aquinnah, Massachusetts.

2. I obtained a mortgage on or about April 24, 2007, but when I fell behind in my mortgage payments, was unable to obtain a modification of my mortgage.

3. My mortgage changed hands so many times that it was hard to keep up with who really owned my mortgage and the documents themselves regarding my title are equally confusing.

4. I am a member of the Wampanoag Tribe of Gay Head (Aquinnah) and have received tribal permission to access my home. I believe that this right of access is limited to me and my family.

5. If the foreclosure sale of my home is allowed today, my family and I will suffer irreparable harm.

Signed under the pains and penalties of perjury: _____

                                                  Matthew Vanderhoop

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

1. Title of case (name of first party on each side only) Matthew Vanderhoop v. Wilmington Savings Fund Society FSB
d/b/a Christiana Trust, not in its individual capacity, but solely as Trustee for BCAT 2014-10TT

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

☐   I.    410, 441, 470, 535, 830*, 835*, 891, 893, 895, R.23, REGARDLESS OF NATURE OF SUIT.

☑   II.    110, 130, 140, 160, 190, 196, 230, 240, 290,320,362, 370, 371, 380, 430, 440, 442, 443, 445, 446, 448, 710, 720, 740, 790, 820*, 840*, 850, 870, 871.

☐   III.    120, 150, 151, 152, 153, 195, 210, 220, 245, 310, 315, 330, 340, 345, 350, 355, 360, 365, 367, 368, 375, 376, 385, 400, 422, 423, 450, 460, 462, 463, 465, 480, 485, 490, 510, 530, 540, 550, 555, 625, 690, 751, 791, 861-865, 890, 896, 899, 950.

*Also complete AO 120 or AO 121. for patent, trademark or copyright cases.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court? YES ☐ NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403) YES ☐ NO ☑

If so, is the U.S.A. or an officer, agent or employee of the U.S. a party? YES ☐ NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284? YES ☐ NO ☑

7. Do all of the parties in this action, excluding governmental agencies of the United States and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)). YES ☐ NO ☑

A. If yes, in which division do all of the non-governmental parties reside?
Eastern Division ☑   Central Division ☐   Western Division ☐

B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
Eastern Division ☐   Central Division ☐   Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions) YES ☐ NO ☑

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME Aaron A. Fredericks, Esq.
ADDRESS Sassoon & Cymrot, LLP, 84 State Street, Boston, MA 02109
TELEPHONE NO. (617) 720-0099

(CategoryForm9-2018.wpd )

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Matthew Vanderhoop | Wilmington Savings Fund Society FSB, dba Christiana Trust, not in its individual capacity, but solely as Trustee for BCAT 2014-10TT |

**(b)** County of Residence of First Listed Plaintiff    Dukes
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Deborrah M. Dorman, Esq., Post office Box 944, Tisbury, MA 02568 (774) 563-0040

Attorneys *(If Known)*
Aaron A. Fredericks, Esq., Sassoon & Cymrot, LLP 84 State Street, Boston, MA 02109 (617) 720-0099

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**    **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane    ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability    ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander    Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'    ☐ 368 Asbestos Personal | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans | Liability    Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| (Excludes Veterans) | ☐ 340 Marine | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability    **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle    ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle    ☐ 371 Truth in Lending | ☐ 720 Labor/Management | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | Product Liability    ☐ 380 Other Personal | Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ |
| ☐ 196 Franchise | ☐ 360 Other Personal    Property Damage | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | Exchange |
| | Injury    ☐ 385 Property Damage | ☐ 751 Family and Medical | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| | ☐ 362 Personal Injury -    Product Liability | Leave Act | | ☐ 891 Agricultural Acts |
| | Medical Malpractice | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS**    **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights    **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting    ☐ 463 Alien Detainee | | | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment    ☐ 510 Motions to Vacate | | | Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/    Sentence | | | Agency Decision |
| ☐ 245 Tort Product Liability | Accommodations    ☐ 530 General | | | ☐ 950 Constitutionality of |
| ☒ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -    ☐ 535 Death Penalty | **IMMIGRATION** | | State Statutes |
| | Employment    **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities -    ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other    ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education    ☐ 555 Prison Condition | | | |
| |    ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. sec. 1332, 1441 and 1446
Brief description of cause:
Plaintiff seeks to enjoin foreclosure sale.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE
09/11/2018

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW VANDERHOOP,<br>    Plaintiff,<br><br>v.<br><br>WILMINGTON SAVINGS FUND<br>SOCIETY FSB, D/B/A CHRISTIANA<br>TRUST, NOT IN ITS INDIVIDUAL<br>CAPACITY, BUT SOLELY AS TRUSTEE<br>FOR BCAT 2014-10TT,<br>    Defendant. | Civil Action No. |

## CERTIFICATE OF SERVICE

I, Aaron A. Fredericks, Esq. of the law firm of Sassoon & Cymrot, LLP, counsel for defendant Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not in its individual capacity, but solely as Trustee for BCAT 2014-10TT hereby certify that I have this 11th day of September 2018 served a Notice of Removal, a Civil Cover Sheet, a Civil Category Sheet and this Certificate of Service by causing copies hereof to be sent by first-class, U.S. mail, postage pre-paid, to the following:

Deborrah M. Dorman, Esq.
PO Box 944
Tisbury, MA 02568

/s/ Aaron A. Fredericks, Esq.
Aaron A. Fredericks, Esq.

FILED
SUPERIOR COURT
COUNTY OF DUKES COUNTY

SEP 17 2018

REC'D
_____CLERK

1



COMMONWEALTH OF MASSACHUSETTS

DUKES, ss.

SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT
C.A. NO. 1874CV00034

MATTHEW VANDERHOOP,
      Plaintiff,

v.

WILMINGTON SAVINGS FUND
SOCIETY FSB, D/B/A CHRISTIANA
TRUST, NOT IN ITS INDIVIDUAL
CAPACITY, BUT SOLELY AS TRUSTEE
FOR BCAT 2014-10TT,
      Defendant.

FILED
SUPERIOR COURT
COUNTY OF DUKES COUNTY

SEP 17 2018

REC'D
_____CLERK

### CERTIFICATE OF SERVICE

    I, Aaron A. Fredericks, Esq. of the law firm of Sassoon & Cymrot, LLP, hereby

certify that I have this 11th day of September 2018 served on behalf defendant

Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not in its individual

capacity, but solely as Trustee for BCAT 2014-10TT a <u>Notice of Appearance</u> and this

<u>Certificate of Service</u> by causing copies hereof to be sent by first-class U.S. mail to the

following:

      Deborrah M. Dorman, Esq.
      PO Box 944
      Tisbury, MA 02568

A True Copy Attest:

Joseph E. Sollitto, Jr.
Clerk of Courts

_____
Aaron A. Fredericks, Esq.

## CERTIFICATE OF SERVICE

I, Aaron A. Fredericks, Esq., counsel for defendant Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not in its individual capacity, but solely as Trustee for BCAT 2014-10TT hereby certify that I have this 11th day of September 2018 served a copy of the above document by first-class, U.S. mail, postage pre-paid, on the following:

Deborrah M. Dorman, Esq.
PO Box 944
Tisbury, MA 02568

Aaron A. Fredericks, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW VANDERHOOP,<br>    Plaintiff,<br><br>v.<br><br>WILMINGTON SAVINGS FUND<br>SOCIETY FSB, D/B/A CHRISTIANA<br>TRUST, NOT IN ITS INDIVIDUAL<br>CAPACITY, BUT SOLELY AS TRUSTEE<br>FOR BCAT 2014-10TT,<br>    Defendant. | Civil Action No. 18-11924 |

## NOTICE OF REMOVAL

PURSUANT TO 28 U.S.C. §§ 1332, 1441 and 1446, defendant Wilmington Savings

Fund Society FSB, d/b/a Christiana Trust, not in its individual capacity, but solely as

Trustee for BCAT 2014-10TT ("Wilmington Savings") hereby removes the above-

captioned action, originally filed in the Superior Court of the Commonwealth of

Massachusetts, to the U.S. District Court for the District of Massachusetts.

### Statement of Grounds for Removal

1.    Matthew Vanderhoop ("Plaintiff") is, on information and belief, a

Massachusetts citizen with a principal residence located in Aquinnah, Massachusetts.

2.    Wilmington Savings is a subsidiary of Wilmington Savings Fund Society

Financial Corporation, a financial services holding company headquartered in

Wilmington, Delaware.

A True Copy Attest:

*Joseph E. Sollitto, Jr.*

Joseph E. Sollitto, Jr.
Clerk of Courts
FILED
SUPERIOR COURT
COUNTY OF DUKES COUNTY

SEP 21 2018

REC'D

_____CLERK

1

3.      By quitclaim deed dated January 7, 1995, the Plaintiff and Rachel

Vanderhoop became record owners of certain real property known as and numbered 17

Old South Road, Aquinnah, Dukes County, Massachusetts (the "Property").

4.      On April 24, 2007, the Plaintiff executed a promissory note in favor of

Sovereign Bank (the "Lender") to borrow the sum of $850,000.00 (the "Note"). As

security for his obligations under the Note, the Plaintiff granted a mortgage on the

Property in favor of the Lender (the "Mortgage").

5.      The Mortgage was assigned to Wilmington Savings by an assignment of

mortgage dated February 2, 2015.

6.      Selene Finance LP ("Selene") is the loan servicer for the Note and

Mortgage on behalf of Wilmington Savings.

7.      On August 22, 2018, the Plaintiff filed a complaint (the "Complaint") with

the Superior Court (Dukes) for the Commonwealth of Massachusetts (the "State

Court"), commencing the above-captioned action. A copy of the Complaint is attached

hereto as Exhibit 1.

8.      In the Complaint, the Plaintiff seeks *inter alia* to enjoin Wilmington

Savings from proceeding with a foreclosure sale regarding Wilmington Savings'

Mortgage on the Property.

## Jurisdiction

9.      This Court has jurisdiction of the above-captioned action pursuant to 28

U.S.C. § 1332 in that the Plaintiff and Wilmington Savings are citizens of different states

and the amount in controversy, exclusive of interest and costs, exceeds the sum or value of $75,000.00.

      10.    Removal is timely as, on August 22, 2018, the Plaintiff filed the Complaint with the State Court.

      11.    Pursuant to the Local Rules for the U.S. District Court for the District of Massachusetts (the "District Court"), within 30 days after the filing of this notice of removal, Wilmington Savings shall file with the District Court certified or attested-to copies of all records and proceedings in the State Court and a certified or attested-to copy of all docket entries in the State Court. Local Rule 81.1.

Respectfully submitted,

WILMINGTON SAVINGS FUND SOCIETY FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR BCAT 2014-10TT,

By its attorney,

/s/ Aaron A. Fredericks, Esq.
Aaron A. Fredericks, Esq. (BBO#688412)
Sassoon & Cymrot, LLP
84 State Street
Boston, MA 02109
(617) 720-0099
AFredericks@SassoonCymrot.com

I hereby certify on 7-12-18 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☑ electronically filed original filed on 9-11-18
☐ original filed in my office on _____
Robert M. Farrell
Clerk, U.S. District Court
District of Massachusetts
By: _____
Deputy Clerk

DATE: September 11, 2018

3

*A True Copy Attest:*

*Joseph C. Sollitto, Jr*

Joseph E. Sollitto, Jr.
Clerk of Courts

# Affidavit of Process Server

## TRIAL COURT OF MASSACHUSETTS THE SUPERIOR COURT, DUKES COUNTY

| MATTHEW VANDERHOOP | VS | WILMINGTON SAVINGS FUND SOCIETY, FSB d/b/a CHRISTIANA TRUST | 1874CV00034 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

DENORRIS BRITT _____ being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.   RECEIVED 9/24/18

**Service:** I served WILMINGTON SAVINGS FUND SOCIETY, FSB d/b/a CHRISTIANA TRUST
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS AND TEMPORARY RESTRAINING ORDER WITH COMPLAINT & MOTION FOR TRO WITH AFFIDAVIT IN SUPPORT OF

by leaving with PATTI SMITH  (authorized person) _____ At
                 NAME                    RELATIONSHIP

☐ **Residence** _____
                ADDRESS                          CITY / STATE

☒ **Business** 501 CARR RD. WILMINGTON, DE 19809
                ADDRESS                          CITY / STATE

On 9/24/18 _____ AT 2:00 PM _____
        DATE                        TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                            DATE

from _____
        CITY          STATE          ZIP

**Manner of Service:**
☒ **CORPORATE**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

☐ **Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other

**Service Attempts:** Service was attempted on: (1)_____   (2)_____
                                              DATE      TIME         DATE      TIME

(3)_____   (4)_____   (5)_____
   DATE      TIME        DATE      TIME        DATE      TIME

AGE 50s   Sex F   Race W   Height 5'5   Weight 140   HAIR GRAY

**FILED**
SUPERIOR COURT
COUNTY OF DUKES COUNTY

OCT 01 2018

SIGNATURE OF PROCESS SERVER
DENORRIS BRITT
800-952-2288

SUBSCRIBED AND SWORN in the State of Del New Castle County before me this 24TH day of Sept. ,2018.
_____ CLERK

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 14, 2020

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of DELAWARE

| SUMMONS AND TEMPORARY RESTRAINING ORDER | DOCKET NUMBER<br><br>**1874CV00034** | **Trial Court of Massachusetts**<br>**The Superior Court** |
|---|---|---|

| CASE NAME:<br>Matthew Vanderhoop vs. Wilmington Savings Fund Society FSB | Joseph E. Sollitto, Jr., Clerk of Court<br>Dukes County |
|---|---|
| TO:<br>**Wilmington Savings Fund Society FSB** | COURT NAME & ADDRESS<br>Dukes County Superior Court<br>81 Main Street<br>P. O Box 1267<br>Edgartown, MA 02539 |

To the above named defendant(s):

You are hereby summoned and required to serve upon, plaintiff's attorney:

**Deborrah M Dorman, Esq.**
**Law Office of Deborrah M. Dorman**
**Post Off Box 944**
**Vineyard Haven, MA 02568**

an answer to the complaint/3rd party complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint/3rd party complaint. You are also required to file your answer to the complaint/3rd party complaint in the office of Clerk of this Court at Edgartown either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

**WE ALSO NOTIFY YOU** that application has been made in said action for a Preliminary Injunction. A hearing will be held at the court house on:

**Date: 09/04/2018**

**Time: 09:00 AM**

**Session: Civil A**

**Session Location: Dukes County Superior Court**

at which time you may appear and show cause why such application should not be granted. In the meantime, until such hearing, **WE COMMAND YOU**, Wilmington Savings Fund Society FSB and your agents, attorneys and counselors, and each and every one of them:

**Wilmington Savings Fund Society FSB is restrained and enjoined from conducting a Foreclosure auction of 17 South Road, Aquinnah, MA**

| DATE ISSUED<br>**08/22/2018** | ASSOCIATE JUSTICE<br>**Hon. Cornelius J Moriarty, II** | ~~ASSISTANT~~ CLERK<br>X _Joseph E. Sollitto_ | SESSION PHONE# |
|---|---|---|---|

Date/Time Printed: 08-22-2018 11:33:03                                                                                          SCV020\ 11/2014

| CIVIL TRACKING ORDER (STANDING ORDER 1- 88) | DOCKET NUMBER 1874CV00034 | Trial Court of Massachusetts The Superior Court |
|---|---|---|

| CASE NAME: Matthew Vanderhoop vs. Wilmington Savings Fund Society FSB | Joseph E. Sollitto, Jr., Clerk of Court Dukes County |
|---|---|

| TO: Deborrah M Dorman, Esq. Law Office of Deborrah M. Dorman Post Off Box 944 Vineyard Haven, MA 02568 | COURT NAME & ADDRESS Dukes County Superior Court 81 Main Street P. O Box 1267 Edgartown, MA 02539 |
|---|---|

### TRACKING ORDER - F - Fast Track

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

STAGES OF LITIGATION                                DEADLINE

| | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | | 11/20/2018 | |
| Response to the complaint filed (also see MRCP 12) | | 12/20/2018 | |
| All motions under MRCP 12, 19, and 20 | 12/20/2018 | 01/22/2019 | 02/19/2019 |
| All motions under MRCP 15 | 12/20/2018 | 01/22/2019 | 02/19/2019 |
| All discovery requests **and depositions** served and non-expert depositions completed | 06/18/2019 | | |
| All motions under MRCP 56 | 07/18/2019 | 08/19/2019 | |
| Final pre-trial conference held and/or firm trial date set | | | 12/16/2019 |
| Case shall be resolved and judgment shall issue by | | | 08/21/2020 |

**The final pre-trial deadline is <u>not the scheduled date of the conference</u>.** You will be notified of that date at a later time.

**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to

| DATE ISSUED 08/22/2018 | ASSISTANT CLERK | PHONE |
|---|---|---|

**COMMONWEALTH OF MASSACHUSETTS**
**THE TRIAL COURT**
**PROBATE AND FAMILY COURT DEPARTMENT**

**DUKES, SS**                                      **DOCKET NO.**

| | |
|---|---|
| **MATTHEW VANDERHOOP,**<br>   **Plaintiff** | ) ) ) ) |
| **VS** | ) ) |
| **WILMINGTON SAVINGS FUND**<br>**SOCIETY FSB, DOING BUSINESS AS**<br>**CHRISTIANA TRUST, NOT IN ITS**<br>**INDIVIDUAL CAPACITY, BUT**<br>**SOLELY AS TRUSTEE FOR BCAT**<br>**2014-10TT,**<br>   **Defendant** | ) ) ) ) ) ) ) |

**COMPLAINT AND MOTION FOR TEMPORARY**
**RESTRAINING INJUNCTION FOR PROTECTION FROM**
**AN UNLAWFUL FORECLOSURE AUCTION OF HIS**
**HOME, G.L.c 244, Sec. 35B**

NOW COMES Mr. Matthew Vanderhoop, the Plaintiff in the above-captioned action, who presents this Complaint and Motion for Temporary Restraining Injunction for Protection from Unlawful Foreclosure Auction of his Home, located at 17 Old South Road, in Aquinnah, Massachusetts.

1. On or about April 24, 2007, Mr. Vanderhoop obtained a mortgage from Sovereign Bank for $850,000 to purchase 17 Old South Road, Aquinnah. During the recent recession, Mr. Vanderhoop fell behind in his mortgage, but has been denied the opportunity to modify his mortgage in order to avoid foreclosure of his home in violation of G.L.c 244.

2. The Defendant does not have clear title to Mr. Vanderhoop's home, 17 Old South Road, Aquinnah.

3. On January 22, 2016, Angela Farmer, Vice President, signed an *Affidavit Regarding Note Secure by Mortgage to be Foreclosed*, by Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity but solely as Trustee for

BCATd 2014-10TT by Rushmore Loan Management Services LLC, its appointed attorney in Fact. <u>See Book 01397, Book 883</u>.

4.  However, the property was not transferred to Wilmington Savings until February 6, 2018, when MTGLQ Investors, assigned and transferred Wilmington Savings Fund Society, FSB, Doing Business as Christiana Trust, not in its individual capacity but solely as Trustees for BCAT 2014-10TT, whose address is c/o Selene Finance LP. <u>See Book 01460, Page 560</u>.

5.  Permission for Mr. Vanderhoop to access his home at 17 South Road, Aquinnah, has been granted to him and his family members by the Wampanoag Tribe of Gay Head (Aquinnah), of which Mr. Vanderhoop is a member, and it is questionable as to whether access across Wampanoag Tribal Lands would be allowed to a third party.


THEREFORE, Mr. Vanderhoop ask this Honorable Court to issue a Temporary Restraining Order, Preliminary Injunction, and Permanent Injunction restraining and enjoining the Defendant from conducting a Foreclosure auction of 17 South Road, Aquinnah, and award any other such relief as the Court deems appropriate. Further, Mr. Vanderhoop requests that the Court schedule Preliminary Injunction Hearing prior to the expiration of any Temporary Restraining Order that may be granted.


August 23, 2018                                  Respectfully submitted,
                                                 MATTHEW VANDERHOOP
                                                 By his attorney,


                                                 Deborrah M. Dorman, Esq.
                                                 Post Office Box 944
                                                 Tisbury, MA 02568
                                                 (774) 563-0040
                                                 BBO#635729

COMMONWEALTH OF MASSACHUSETTS
THE TRIAL COURT
PROBATE AND FAMILY COURT DEPARTMENT

DUKES, SS                                                      DOCKET NO.

| | |
|---|---|
| MATTHEW VANDERHOOP, | ) |
| **Plaintiff** | ) |
| | ) |
| **VS** | ) |
| | ) |
| WILMINGTON SAVINGS FUND | ) |
| SOCIETY FSB, DOING BUSINESS AS | ) |
| CHRISTIANA TRUST, NOT IN ITS | ) |
| INDIVIDUAL CAPACITY, BUT | ) |
| SOLELY AS TRUSTEE FOR BCAT | ) |
| 2014-10TT, | ) |
| **Defendant** | ) |

PLAINTIFF'S AFFIDAVIT IN SUPPORT OF
COMPLAINT AND MOTION FOR TEMPORARY
RESTRAINING INJUNCTION FOR PROTECTION FROM
AN UNLAWFUL FORECLOSURE AUCTION OF HIS
HOME, G.L.c 244, Sec. 35B

1. My name is Matthew Vanderhoop and I live at 17 Old South Road, Aquinnah, Massachusetts.

2. I obtained a mortgage on or about April 24, 2007, but when I fell behind in my mortgage payments, was unable to obtain a modification of my mortgage.

3. My mortgage changed hands so many times that it was hard to keep up with who really owned my mortgage and the documents themselves regarding my title are equally confusing.

4. I am a member of the Wampanoag Tribe of Gay Head (Aquinnah) and have received tribal permission to access my home. I believe that this right of access is limited to me and my family.

5. If the foreclosure sale of my home is allowed today, my family and I will suffer irreparable harm.

Signed under the pains and penalties of perjury: _Matthew Vanderhoop /Rnd_
Matthew Vanderhoop