UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW VANDERHOOP,<br>   Plaintiff<br><br>v.<br><br>WILMINGTON SAVINGS FUND<br>SOCIETY FSB, D/B/A CHRISTIANA<br>TRUST, NOT IN ITS INDIVIDUAL<br>CAPACITY, BUT SOLELY AS<br>TRUSTEE FOR BCAT 2014-10TT,<br>   Defendant | CIVIL ACTION NO. 1:18-CV-11924-FDS |

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

  Mr. Vanderhoop, Plaintiff in the above-entitled case, moves this honorable Court for a preliminary injunction enjoining the defendants, their agents, servants, employees, attorneys, and those persons in active concert, or participation with them, from foreclosing on Mr. Vanderhoop's home, located at 17 Old South Road in Aquinnah, Massachusetts.

  Unrestrained the defendants will immediately conduct a foreclosure auction sale of Mr. Vanderhoop's home. Immediate and irreparable injury, loss, and damage will result to Mr. Vanderhoop and his family by reason of the threatened actions of the defendant. Defendant will not be unduly harmed as a result of this preliminary injunction. Mr. Vanderhoop has no adequate remedy at law. Public policy in Massachusetts will be helped by demanding that the laws and regulations designed to help struggling homeowners are enforced.

  WHEREFORE, Mr. Vanderhoop requests that this honorable court grant him a preliminary injunction and any other such relief as this Court deems just, equitable, and appropriate.

November 27, 2018                    Respectfully submitted,
                              MATTHEW VANDERHOP

By his attorney,

"/s/"<u>*Deborrah M. Doman*</u>
Deborrah M. Dorman, Esq., #635729
Law Office of Deborrah M. Dorman
Post Office Box 944
Tisbury, MA 02568
(774) 563-0040
dormandmd@aol.com