UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW VANDERHOOP,<br>    Plaintiff<br><br>v.<br><br>WILMINGTON SAVINGS FUND<br>SOCIETY FSB, D/B/A CHRISTIANA<br>TRUST, NOT IN ITS INDIVIDUAL<br>CAPACITY, BUT SOLELY AS<br>TRUSTEE FOR BCAT 2014-10TT,<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION NO. 1:18-CV-11924-FDS |

### CERTIFICATE OF SERVICE

I, Deborrah M. Dorman, certify that Plaintiff's *First Amended Complaint, Plaintiff's Motion for a Preliminary Injunction,* and *Affidavit of Mr. Vanderhoop* were filed today, November 29, 2018, through the ECF system to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

November 29, 2018                        Respectfully submitted,

                                              "/s/"*Deborrah M. Dorman*
                                              Deborrah M. Dorman, Esq., #635729
                                              Law Office of Deborrah M. Dorman
                                              Post Office Box 944
                                              Tisbury, MA 02568
                                              (774) 563-0040
                                              dormandmd@aol.com