PREPARED BY: RLMS
WHEN RECORDED, RETURN TO:
RUSHMORE LOAN MANAGEMENT SERVICES LLC
15480 LAGUNA CANYON ROAD, SUITE 100
IRVINE CA 92618

RECORDING REQUESTED BY:
RUSHMORE LOAN MANAGEMENT SERVICES LLC

2015 00002746
Bk: 1375 Pg: 876   Doc: ASM
Page: 1 of 2   05/12/2015 03:18 PM

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED:
ASSIGNOR: MTGLQ INVESTORS, L.P.

ASSIGNOR ADDRESS: 6011 CONNECTION DRIVE, 5TH FLOOR, IRVING, TX 75039

HEREBY GRANTS, ASSIGNS AND TRANSFERS TO:
ASSIGNEE: WILMINGTON SAVING FUND SOCIETY, FSB, DOING BUSINESS AS CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR BCAT 2014-10TT

ASSIGNEE ADDRESS: 500 DELAWARE AVENUE, 11TH FLOOR, WILMINGTON, DELAWARE 19801

ALL OF ITS RIGHT, TITLE AND INTEREST AS MORTGAGEE UNDER THAT CERTAIN MORTGAGE:
DATED: 04/24/2007
ORIGINAL LOAN AMOUNT: $850,000.00
MORTGAGOR/BORROWER: MATTHEW J. VANDERHOOP
ORIGINAL MORTGAGEE: SOVEREIGN BANK

RECORDED IN THE OFFICIAL REAL PROPERTY RECORDS OF DUKES COUNTY, MA
RECORDED: 04/30/2007 BOOK/VOLUME/LIBER: 1119 PAGE: 298 DOCUMENT: 2007 00003136

PROPERTY SUBJECT TO LIEN: 17 OLD SOUTH ROAD, AQUINNAH, MA 02535

TOGETHER WITH THE PROMISSORY NOTE OR NOTES THEREIN DESCRIBED OR REFERRED TO, THE MONEY DUE AND TO BECOME DUE THEREON WITH INTEREST, AND ALL RIGHTS ACCRUED OR TO ACCRUE UNDER SAID MORTGAGE.

FOR SIGNATORY AUTHOIRTY, SEE LIMITED POWER OF ATTORNEY RECORDED HEREWITH.

DATED: FEB 0 2 2015           MTGLQ INVESTORS, L.P.

BY: *(signature)*
NAME: Lynn Bluege-Rust
TITLE: ATTORNEY IN FACT

ACKNOWLEDGMENT

STATE OF **TEXAS** ) SS:
COUNTY OF **DALLAS**

ON __FEB 0 2 2015__, BEFORE ME THE UNDERSIGNED, A NOTARY PUBLIC IN AND FOR SAID STATE, PERSONALLY APPEARED, __Lynn Bluege-Rust__, _attorney in fact_, PERSONALLY KNOWN TO ME (OR PROVED TO ME ON THE BASIS OF SATISFACTORY EVIDENCE) TO BE THE DULY AUTHORIZED PERSON WHO EXECUTED THE WITHIN INSTRUMENT ON BEHALF OF THE **COMPANY** AND ACKNOWLEDGED TO ME THAT SUCH __ATTORNEY IN FACT__, EXECUTED THE WITHIN INSTRUMENT PURSUANT TO ITS BY-LAWS OR A RESOLUTION OF ITS BOARD OF DIRECTORS.
WITNESS MY HAND AND OFFICIAL SEAL.

_Celeste Christman_
NOTARY PUBLIC IN AND FOR SAID COUNTY AND STATE
MY COMMISSION EXPIRES ON: 10/24/15

CELESTE CHRISTMAN
Notary Public, State of Texas
My Commission Expires
October 24, 2015

Attest:
_Deanne E. Powers_ Register