# Dukes County Registry of Deeds
# Electronically Recorded Document

This is the first page of the document - Do not remove

## Recording Information

| | |
|---|---|
| Document Number | : 863 |
| Document Type | : ASM |
| Recorded Date | : February 14, 2018 |
| Recorded Time | : 08:59:14 AM |
| Recorded Book and Page | : 01460 / 559 |
| Number of Pages(including cover sheet) | : 3 |
| Receipt Number | : 199016 |
| Recording Fee | : $75.00 |

Dukes County Registry of Deeds
Paulo C. DeOliveira, Register
81 Main Street
PO Box 5231
Edgartown, MA 02539
508-627-4025
www.Masslandrecords.com

Recording Requested By and Return to:
SELENE FINANCE LP
9990 RICHMOND AVE., SUITE 400 SOUTH
HOUSTON, TX 77042

# ASSIGNMENT OF MORTGAGE

*FOR VALUE RECEIVED,*
ASSIGNOR: MTGLQ INVESTORS, L.P., a Delaware limited partnership, whose address is C/O THE GOLDMAN SACHS GROUP, INC., 6011 CONNECTION DRIVE, 5TH FLOOR, IRVING, TX 75039, does hereby assign and transfer to
ASSIGNEE: WILMINGTON SAVINGS FUND SOCIETY, FSB, DOING BUSINESS AS CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR BCAT 2014-10TT, whose address is C/O SELENE FINANCE LP, 9990 RICHMOND AVE, STE 400 S, Houston, TX 77042, all its right, title and interest in and to the described Mortgage:
BORROWER: MATTHEW J. VANDERHOOP
LENDER: SOVEREIGN BANK, ITS SUCCESSORS AND ASSIGNS
DATED: 4/24/2007  AMOUNT: $850,000.00
RECORDED: 4/30/2007 at Book 1119 Page 298, Instrument or Document 2007 00003136, in the DUKES County Clerk's Office, State of MASSACHUSETTS.

Property Address: 17 OLD SOUTH, AQUINNAH, MASSACHUSETTS 02535

Executed this **FEB 0 6 2018**

MTGLQ INVESTORS, L.P.

By: DAVE SLEAR
Title: VICE PRESIDENT

# ACKNOWLEDGMENT

STATE OF TEXAS

COUNTY OF DALLAS

On this day before me, the undersigned notary public, personally appeared DAVE SLEAR the VICE PRESIDENT of MTGLQ INVESTORS, L.P., proved to me through satisfactory evidence of identification, being (check whichever applies): [ ] driver's license or other state or federal governmental document bearing a photographic image; [ ] oath or affirmation of a credible witness known to me who knows the above signatory; or [ ] my own personal knowledge of the identity of the signatory, to be the person whose name is signed above, and acknowledged the foregoing to be signed by him/her as his/her free act and deed, voluntarily for its stated purpose, as the VICE PRESIDENT of MTGLQ INVESTORS, L.P., a Delaware limited partnership.

Witness my hand and official seal.

*Danielle Bolin* (signature)

Notary Public in and for the State of TEXAS
Notary's Printed Name: Danielle Bolin
My Commission Expires: NOV 1 1 2019

DANIELLE BOLIN
Notary Public, State of Texas
Comm. Expires 11-11-2019
Notary ID 130437026

For 850000 dated 4/24/2007

ATTEST: Paulo C. DeOliveira, Register