# Dukes County Registry of Deeds

# Electronically Recorded Document

This is the first page of the document - Do not remove

## Recording Information

| | |
|---|---|
| Document Number | : 2964 |
| Document Type | : AFF |
| Recorded Date | : June 01, 2018 |
| Recorded Time | : 08:41:00 AM |
| Recorded Book and Page | : 01468 / 690 |
| Number of Pages(including cover sheet) | : 3 |
| Receipt Number | : 202705 |
| Recording Fee | : $75.00 |

Dukes County Registry of Deeds
Paulo C. DeOliveira, Register
81 Main Street
PO Box 5231
Edgartown, MA 02539
508-627-4025
www.Masslandrecords.com

AFFIDAVIT REGARDING NOTE SECURED
BY MORTGAGE BEING FORECLOSED

Property Address: 17 Old South Road, Aquinnah, MA 02535

Re: Mortgage from Matthew J. Vanderhoop to Sovereign Bank, dated April 24, 2007 recorded in Dukes County Registry of Deeds in Book 1119, Page 298 (the "Mortgage").

Assigned To: Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-10TT by assignment as follows: assignment from Santander Bank, N.A., formerly known as Sovereign Bank, its successors and assigns to MTGLQ Investors, L.P. dated September 9, 2014 recorded in Dukes County Registry of Deeds in Book 1375, Page 179; assignment from MTGLQ Investors, L.P. to Wilmington Saving Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity but solely as Trustee for BCAT 2014-10TT dated February 2, 2015 recorded in Dukes County Registry of Deeds in Book 1375, Page 876; assignment from Wilmington Saving Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity but solely as Trustee for BCAT 2014-10TT to MTGLQ Investors, L.P. dated January 10, 2018 recorded in Dukes County Registry of Deeds in Book 1460, Page 550 and assignment from MTGLQ Investors, L.P. to Wilmington Saving Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity but solely as Trustee for BCAT 2014-10TT dated February 6, 2018 recorded in Dukes County Registry of Deeds in Book 1460, Page 559.

Foreclosing Mortgagee: Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-10TT

The undersigned, _____Leslie A. Simmons_____, having personal knowledge of the facts herein stated, under oath deposes and says as follows:

1. I am: [Check One]
   [X] An officer of SELENE FINANCE LP, where I hold the office of _____.
   
   [ ] A duly authorized agent of Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-10TT under a power of attorney or other written instrument executed under seal, which remains in full force and effect as of the date hereof.

2. SELENE FINANCE LP is the loan servicer for the mortgage referenced above. In my capacity as _____Foreclosure Manager_____ (title), I along with others have knowledge of the business records of SELENE FINANCE LP as they relate to the Mortgage which is the subject of this affidavit. I am responsible for researching and having knowledge of many aspects of SELENE FINANCE LP's business, including servicing of loan accounts, defaults and foreclosures. SELENE FINANCE LP's records are kept in the ordinary course of business by persons who have a business duty to make such records. The records are made at or near the occurrence of events so recorded. To the extent records related to the loan come from another entity, those records were received by SELENE FINANCE LP in the ordinary course of its business, have been incorporated into and maintained as part of SELENE FINANCE LP's business records, and have been relied on by SELENE FINANCE LP. I have personal knowledge of the facts set forth in this affidavit based upon my review of SELENE FINANCE LP's business records maintained in connection with the Mortgage and the related Mortgage loan account whose repayment the Mortgage secures.

Matthew J. Vanderhoop
17-028742 / FC02

Page 1 of 2

3. Based upon my review of the business records of SELENE FINANCE LP, I certify that:
   a. [Check One]
      [X] The requirements of M.G.L. c. 244, section 35B have been complied with.
      [ ] M.G.L. c.244, section 35B is not applicable to the above mortgage.
   b. On this date, Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-10TT is:
      [Check One]
      [X] the holder of the promissory note secured by the above mortgage.
      [ ] the authorized agent of the holder of said promissory note.

Signed under the pains and penalties of perjury this 24th day of April, 2018.

By: Leslie A. Simmons
Title: Foreclosure Manager

State of Florida
Duval, ss.

04/24, 2018

Then personally appeared the above named Leslie A. Simmons, proved to me through satisfactory evidence of identification, which was _____ to be the person whose name is signed on this document, and who swore or affirmed to me that the contents of this document are truthful and accurate to the best of (his) (her) knowledge and belief, as Foreclosure Manager of SELENE FINANCE LP aforesaid.

Alton Horton
Commission # FF 152104
Expires: AUG 18, 2018
BONDED THRU
1ST FLORIDA NOTARY, LLC

Alton Horton, Notary Public
My commission expires: 8-18-2018

ATTEST: Paulo C. DeOliveira, Register

Matthew J. Vanderhoop
17-028742 / FC02