UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW VANDERHOOP,<br>    Plaintiff,<br><br>v.<br><br>WILMINGTON SAVINGS FUND SOCIETY FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR BCAT 2014-10TT,<br>    Defendant. | Civil Action No. 18-11924-FDS |

**CERTIFICATE OF CONFERENCE REGARDING**
**MOTION OF WILMINGTON SAVINGS TO DISMISS AMENDED COMPLAINT**

NOW COMES Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not in its individual capacity, but solely as Trustee for BCAT 2014-10TT ("Wilmington Savings") defendant in the above-captioned action, and – pursuant to LR 7.1(a)(2) – hereby certify that Wilmington Savings conferred with Matthew Vanderhoop (the "**Plaintiff**") through counsel by telephone on December 10, 2018 and by electronic mail in an effort to resolve or narrow the issues of disagreement that are the subject of the action. Despite these conversations, Wilmington Savings and the Plaintiff have not been able to resolve or narrow the issues of disagreement between them, issues that are the subject of the Motion of Wilmington Savings to Dismiss Amended Complaint and related memorandum of law filed with this Court.

Respectfully submitted,

WILMINGTON SAVINGS FUND SOCIETY FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR BCAT 2014-10TT,

By its attorneys,

/s/ *Aaron A. Fredericks, Esq.*
Richard C. Demerle, Esq. (BBO#652242)
Aaron A. Fredericks, Esq. (BBO#688412)
Sassoon & Cymrot, LLP
84 State Street
Boston, MA 02109
(617) 720-0099
AFredericks@SassoonCymrot.com

DATE: December 11, 2018