# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| **MATTHEW VANDERHOOP,** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 1:18-CV-11924-FDS** |
| | ) | |
| **WILMINGTON SAVINGS FUND** | ) | |
| **SOCIETY FSB, D/B/A CHRISTIANA** | ) | |
| **TRUST, NOT IN ITS INDVIDUAL** | ) | |
| **CAPACITY, BUT SOLELY AS** | ) | |
| **TRUSTEE FOR BCAT-2014-10TT** | ) | |
| **Defendant** | ) | |

_____ )

## EXHIBIT LIST: PLAINTIFF'S SUPPLEMENTAL EVIDENCE

### TO SUPPORT PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF WITH JURY TRIAL DEMAND

1. Count I:     Exhibit 1:     M.G.L.c. 244, Section 35B

2. Count II:    Exhibit 2:     Book 1119/Pages 298,307,308, 309: MV Mortgage

3. Count III:   Exhibit 3A:    May 1, 2015 Assignment, Book 1375/P. 179

   Exhibit 3B:    57 PA Cons Stat §315(a)(2)

4. Count IV:    Exhibit 4A:    May 12, 2015 Assignment, Book. 1375/P. 876

   Exhibit 4B:    Texas Civil Practice and Remedies Code, Chapter 121.006(b)(2)

5. Count V:     Exhibit 5:     Feb. 14, 2018 Assignment, Book 1460/P.550,551,552

   Exhibit 4B:    Texas 212.006(b)(4): Notary Act of a Corporation

6. Count VI:    Exhibit 6A:    Feb. 14, 2018 Assignment, Book. 1460/Pages 559, 561

   Exhibit 6B:    Texas Civil Practice and Remedies Code Chapter 121, Se. 121.005(a)

   Exhibit 6C.    Texas Government Code, §406.013(a)

7.  Count VII:     Exhibit 1:     Chapter 244,§35B

8.  Count VIII:     Exhibit 1:     Chapter 244,§35B

9.  Count IX:     Exhibit 9A:     Feb. 4, 2016 Affidavit, B. 1397/P. 882, 883, 886, 887

                 -   Certificate of Eva Messimino, Book 1397, P. 888

                 Exhibit 6C:     Texas Government Code §406.013

10.  Exhibit 3A:     May 1, 2015 Assign. Book 1375/P. 179, 181

       Exhibit 3B:     57 PA Cons Stat, Sec. 316(2)

11.  Exhibit 4A:     May 12, 2015 Acknowledgment Book 1375/P. 876

       Exhibit 5B:     Texas 2-2.006(b)(4) Notary Act of Corp

12.  Exhibit 4A:     May 12, 2015 Assignment, B. 1375/P. 876

13.  Exhibit 9A:     Feb. 4, 2016 Affidavit, B. 1397/P. 882

       Exhibit 1:     M.G.L.c.244, §35B

14.  Exhibit 5A:     Feb. 14, 2018 Assignment, B. 1460/P. 550

       Exhibit 5B:     Texas 212.006(b)(4)

15.  Exhibit XV.     Feb. 14, 2018 Assignment, B. 1460/P. 550-E

December 11, 2018                          Respectfully submitted,
                                               MATTHEW VANDERHOP
                                               By his attorney,

                                               "/s/"*Deborrah M. Doman*
                                               Deborrah M. Dorman, Esq., #635729
                                               Law Office of Deborrah M. Dorman
                                               Post Office Box 944
                                               Tisbury, MA 02568
                                               (774) 563-0040
                                               dormandmd@aol.com