# EXHIBIT 5

# Dukes County Registry of Deeds

# Electronically Recorded Document

---

This is the first page of the document - Do not remove

## Recording Information

| | |
|---|---|
| Document Number | : 861 |
| Document Type | : ASM |
| Recorded Date | : February 14, 2018 |
| Recorded Time | : 08:59:14 AM |
| Recorded Book and Page | : 01460 / 550 |
| Number of Pages(including cover sheet) | : 3 |
| Receipt Number | : 199016 |
| Recording Fee | : $75.00 |

*- Jennifer T. Mitchell*

Dukes County Registry of Deeds
Paulo C. DeOliveira, Register
81 Main Street
PO Box 5231
Edgartown, MA 02539
508-627-4025
www.Masslandrecords.com

Recording Requested By and Return to:
SELENE FINANCE LP
9990 RICHMOND AVE., SUITE 400 SOUTH
HOUSTON, TX 77042

## ASSIGNMENT OF MORTGAGE

**FOR VALUE RECEIVED,**

ASSIGNOR: WILMINGTON SAVINGS FUND SOCIETY, FSB, DOING BUSINESS AS CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR BCAT 2014-10TT, whose address is C/O SELENE FINANCE LP, 9990 RICHMOND AVE, STE 400 S, Houston, TX 77042, does hereby assign and transfer to

ASSIGNEE: MTGLQ INVESTORS, L.P., whose address is C/O THE GOLDMAN SACHS GROUP, INC, 6011 CONNECTION DRIVE, 5TH FLOOR, IRVING, TX 75039, all its right, title and interest in and to the described Mortgage:

BORROWER: MATTHEW J. VANDERHOOP
LENDER: SOVEREIGN BANK, ITS SUCCESSORS AND ASSIGNS
DATED: 4/24/2007      AMOUNT: $850,000.00
RECORDED: 4/30/2007 at Book 1119 Page 298, Instrument or Document 2007 00003136, in the DUKES County Clerk's Office, State of MASSACHUSETTS.

Property Address: 17 OLD SOUTH, AQUINNAH, MASSACHUSETTS 02535

Executed this  1-10-2018

WILMINGTON SAVINGS FUND SOCIETY, FSB, DOING BUSINESS AS CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR BCAT 2014-10TT BY SELENE FINANCE LP, ATTORNEY IN FACT

By: DONNA BRAMMER
Title: VICE PRESIDENT

POA RECORDING: For authority see Power of Attorney recorded herewith

ACKNOWLEDGMENT

STATE OF TEXAS
COUNTY OF HARRIS

On this day before me, the undersigned notary public, personally appeared DONNA BRAMMER the VICE PRESIDENT of SELENE FINANCE LP, A DELAWARE LIMITED PARTNERSHIP, AS ATTORNEY IN FACT FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, DOING BUSINESS AS CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR BCAT 2014-10TT, proved to me through satisfactory evidence of identification, being (check whichever applies): [ ] driver's license or other state or federal governmental document bearing a photographic image; [ ] oath or affirmation of a credible witness known to me who knows the above signatory; or [x] my own personal knowledge of the identity of the signatory, to be the person whose name is signed above, and acknowledged the foregoing to be signed by him/her as the free act and deed, voluntarily for its stated purpose.

Witness my hand and official seal.

_____
Notary Public in and for the State of TEXAS
Notary's Printed Name: DANIELLE R. MURPHY
My Commission Expires: 10/24/2020

[Notary Seal: DANIELLE R. MURPHY, Notary Public, State of Texas, Comm. Expires 10-24-2020, Notary ID 13087321 4]

For $50000 dated 4/24/2007

ATTEST: Paulo C. DeOliveira, Register

BK: 01460 Pg: 552