# EXHIBIT 6A

Recording Requested By and Return to:
SELENE FINANCE LP
9990 RICHMOND AVE., SUITE 400 SOUTH
HOUSTON, TX 77042

# ASSIGNMENT OF MORTGAGE

*FOR VALUE RECEIVED,*

ASSIGNOR: MTGLQ INVESTORS, L.P., a Delaware limited partnership, whose address is C/O THE GOLDMAN SACHS GROUP, INC., 6011 CONNECTION DRIVE, 5TH FLOOR, IRVING, TX 75039, does hereby assign and transfer to

ASSIGNEE: WILMINGTON SAVINGS FUND SOCIETY, FSB, DOING BUSINESS AS CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR BCAT 2014-10TT, whose address is C/O SELENE FINANCE LP, 9990 RICHMOND AVE, STE 400 S, Houston, TX 77042, all its right, title and interest in and to the described Mortgage:

BORROWER: MATTHEW J. VANDERHOOP
LENDER: SOVEREIGN BANK, ITS SUCCESSORS AND ASSIGNS
DATED: 4/24/2007                     AMOUNT: $850,000.00
RECORDED: 4/30/2007 at Book 1119 Page 298, Instrument or Document 2007 00003136,
in the DUKES County Clerk's Office, State of MASSACHUSETTS.

Property Address: 17 OLD SOUTH, AQUINNAH, MASSACHUSETTS 02535

Executed this **FEB 0 6 2018**

MTGLQ INVESTORS, L.P.

By: DAVE SLEAR
Title: VICE PRESIDENT

# ACKNOWLEDGMENT

STATE OF TEXAS

COUNTY OF DALLAS

On this day before me, the undersigned notary public, personally appeared DAVE SLEAR the VICE PRESIDENT of MTGLQ INVESTORS, L.P., proved to me through satisfactory evidence of identification, being (check whichever applies): [ ] driver's license or other state or federal governmental document bearing a photographic image; [ ] oath or affirmation of a credible witness known to me who knows the above signatory; or [ ] my own personal knowledge of the identity of the signatory, to be the person whose name is signed above, and acknowledged the foregoing to be signed by him/her as his/her free act and deed, voluntarily for its stated purpose, as the VICE PRESIDENT of MTGLQ INVESTORS, L.P., a Delaware limited partnership.

Witness my hand and official seal.

_Daniell Bolin_

Notary Public in and for the State of TEXAS
Notary's Printed Name: Danielle Bolin
My Commission Expires: NOV 1 1 2019

DANIELLE BOLIN
Notary Public, State of Texas
Comm. Expires 11-11-2019
Notary ID 130437026

For 850000 dated 4/24/2007

ATTEST: Paulo C. DeOliveira, Register

EXHIBIT 6B

Acts 1985, 69th Leg., ch. 959, Sec. 1, eff. Sept. 1, 1985.

Sec. 121.004.  METHOD OF ACKNOWLEDGMENT.  (a)  To acknowledge a written instrument for recording, the grantor or person who executed the instrument must appear before an officer and must state that he executed the instrument for the purposes and consideration expressed in it.

(b)  The officer shall:

(1)  make a certificate of the acknowledgment;

(2)  sign the certificate;  and

(3)  seal the certificate with the seal of office.

(c)  The failure of a notary public to attach an official seal to a certificate of an acknowledgment or proof of a written instrument made outside this state but inside the United States or its territories renders the acknowledgment or proof invalid only if the jurisdiction in which the certificate is made requires the notary public to attach the seal.

(d)  The application of an embossed seal is not required on an electronically transmitted certificate of an acknowledgment.

Acts 1985, 69th Leg., ch. 959, Sec. 1, eff. Sept. 1, 1985.  Amended by Acts 1995, 74th Leg., ch. 603, Sec. 1, eff. June 14, 1995;  Acts 2001, 77th Leg., ch. 95, Sec. 1, eff. May 11, 2001.

Sec. 121.005.  PROOF OF IDENTITY OF ACKNOWLEDGING PERSON.  (a) An officer may not take the acknowledgment of a written instrument unless the officer knows or has satisfactory evidence that the acknowledging person is the person who executed the instrument and is described in it.  An officer may accept, as satisfactory evidence of the identity of an acknowledging person, only:

(1)  the oath of a credible witness personally known to the officer;

(2)  a current identification card or other document issued by the federal government or any state government that contains the photograph and signature of the acknowledging person;  or

(3)  with respect to a deed or other instrument relating to a residential real estate transaction, a current passport issued by a foreign country.

(b)  Except in a short form certificate of acknowledgment authorized by Section 121.008, the officer must note in the certificate of acknowledgment that:

(1)  he personally knows the acknowledging person; or

(2)  evidence of a witness or an identification card or other document was used to identify the acknowledging person.

Acts 1985, 69th Leg., ch. 959, Sec. 1, eff. Sept. 1, 1985.  Amended by Acts 1997, 75th Leg., ch. 90, Sec. 1, eff. Sept. 1, 1997.

Amended by:

Acts 2011, 82nd Leg., R.S., Ch. 1242 (S.B. 1320), Sec. 2, eff. September 1, 2011.


Sec. 121.006.  ALTERATION OF AUTHORIZED FORMS; DEFINITION.  (a) An acknowledgment form provided by this chapter may be altered as circumstances require.  The authorization of a form does not prevent the use of other forms.  The marital status or other status of the acknowledging person may be shown after the person's name.

(b)  In an acknowledgment form "acknowledged" means:

(1)  in the case of a natural person, that the person personally appeared before the officer taking the acknowledgment and acknowledged executing the instrument for the purposes and consideration expressed in it;

(2)  in the case of a person as principal by an attorney-in-fact for the principal, that the attorney-in-fact personally appeared before the officer taking the acknowledgment and that the attorney-in-fact acknowledged executing the instrument as the act of the principal for the purposes and consideration expressed in it;

(3)  in the case of a partnership by a partner or partners acting for the partnership, that the partner or partners personally appeared before the officer taking the acknowledgment and acknowledged executing the instrument as the act of the partnership for the purposes and consideration expressed in it;

(4)  in the case of a corporation by a corporate officer or agent, that the corporate officer or agent personally appeared before the officer taking the acknowledgment and that the corporate officer or agent acknowledged executing the instrument in the capacity

# EXHIBIT 6C

# NOTARIES, ACKNOWLEDGEMENTS and JURATS



*An instrument concerning real or personal property may be recorded if it has been acknowledged, sworn to with a proper jurat, or proved according to law.*

## B. Appointment, Term, Jurisdiction, Commission, Materials – Texas Government Code

Sec. 406.001. APPOINTMENTS.

(a)   The secretary of state may appoint a notary public at any time.

(b)   The secretary of state shall assign each notary public an identifying number and keep a record of the number assigned to each notary public.

Sec. 406.002. TERM. The term of a notary public expires four years after the date the notary public qualifies.

Sec. 406.003. JURISDICTION. A notary public has statewide jurisdiction.

Sec. 406.008. COMMISSION; NOTARY MATERIALS.

(a)   Immediately after the qualification of a notary public, the secretary of state shall send notice of appointment along with a commission to the notary public. The commission is effective as of the date of qualification.

(b)   When the commission is issued, the secretary of state shall supply the notary public with:

(1)   materials outlining the powers and duties of the office;

(2)   a list of prohibited acts;

(3)   sample forms for an acknowledgment, jurat, and verification and for the administering of an oath, protest, and deposition; and

(4)   the identifying number assigned to the notary public.

## C. Notary Seal – Texas Government Code – Sec. 406.013

(a)   A notary public shall provide a seal of office that clearly shows, when embossed, stamped, or printed on a document, the words "Notary Public, State of Texas" around a star of five points, the notary public's name, **the notary public's identifying number**, and the date the notary public's commission expires. The notary public shall authenticate all official acts with the seal of office.

(b)   The seal may be a circular form not more than two inches in diameter or a rectangular form not more than one inch in width and 2-1/2 inches in length. The seal must have a serrated or milled edge border.

(c)   The seal must be affixed by a seal press or stamp that embosses or prints a seal that legibly reproduces the required elements of the seal under photographic methods. An indelible ink pad must be used for affixing by a stamp the impression of a seal on an instrument to authenticate the notary public's official act.

(d)   Subsection (c) does not apply to an electronically transmitted authenticated document, except that an electronically transmitted authenticated document must legibly reproduce the required elements of the seal.

## D. Notary Records – from the Secretary of State

Tex. Gov't. Code Ann. § 406.014 requires that a Notary Public maintain a record book. This record book must be maintained whether or not any fees are charged for your notary public services.