## K.   Deadlines

Filing documents electronically does not alter any filing deadlines.

Although CM/ECF is generally available 24 hours a day for filing, all electronic transmissions of documents must be completed prior to 6:00 PM, Eastern Standard (or Daylight Savings) Time, on the date on which it is due, in order to be considered timely filed that day. When a specific time of day deadline is set by court order or stipulation, the electronic filing must be completed by that time. Documents may be filed at any time of the day on days prior to the date on which it is due.

Documents are not considered filed with the court until the NEF is generated by CM/ECF.

## L.   Special Filing Requirements and Exceptions

1.   The following documents **shall be filed only on paper**:

   a.   Sealed documents. These documents shall be conventionally filed, clearly labeled as a "Sealed Document," following the requirements of LR 7.2. The filer shall also contemporaneously provide the court with a compact disk of the main document and any accompanying memorandum of law or exhibits as separate documents in PDF format, which shall be named and organized in a manner that clearly identifies each document.

      A party shall electronically file a motion, pursuant to LR 7.2, to file a document under seal (unless the motion to seal itself is to be filed under seal). Motions for impoundment shall be specific about what is to be sealed (the document and/or the related docket entries). The motion for impoundment shall be filed and ruled upon prior to submission of the actual material sought to be impounded, unless the court orders otherwise. If the motion is granted, the assigned judge will electronically file an order authorizing the filing of the document under seal. The filing party shall then deliver the document to the clerk's office for conventional filing under seal. A paper copy of the order shall be attached to the documents filed under seal and delivered to the clerk.

   b.   *Ex parte* motions and applications. *Ex parte* motions and documents shall be filed on paper. These will be handled by CM/ECF in a similar fashion as sealed documents (except for the requirement to file a separate motion to seal for each document).

