UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW VANDERHOOP,<br>    Plaintiff,<br><br>v.<br><br>WILMINGTON SAVINGS FUND SOCIETY FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR BCAT 2014-10TT,<br>    Defendant. | Civil Action No. 18-11924-FDS |

**MOTION OF WILMINGTON SAVINGS FOR SUMMARY JUDGMENT**

NOW COMES Wilmington Savings, as defined below, and respectfully moves for summary judgment in its favor. This Court has dismissed all other claims of Matthew Vanderhoop (the "**Plaintiff**") and, as to the remaining claim for breach of contract, he simply alleges that he never received a statutory foreclosure notice. As Wilmington Savings demonstrates in this motion, Wilmington Savings provided the statutory notice to the Plaintiff. Further, by his own admission, Plaintiff concedes that he failed to respond to Wilmington Savings' notice. Therefore, there are no disputed issues of material fact and Wilmington Savings is entitled to judgment as a matter of law. In support of this motion, Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not in its individual capacity, but solely as Trustee for BCAT 2014-10TT ("**Wilmington Savings**") submits contemporaneously herewith its Memorandum of Law in Support of Motion of Wilmington Savings for Summary Judgment.

Respectfully submitted,

WILMINGTON SAVINGS FUND SOCIETY
FSB, D/B/A CHRISTIANA TRUST, NOT
IN ITS INDIVIDUAL CAPACITY, BUT
SOLELY AS TRUSTEE FOR
BCAT 2014-10TT,

By its attorneys,

*/s/ Aaron A. Fredericks, Esq.*
Richard C. Demerle, Esq. (BBO#652242)
Aaron A. Fredericks, Esq. (BBO#688412)
Sassoon & Cymrot, LLP
84 State Street
Boston, MA 02109
(617) 720-0099
AFredericks@SassoonCymrot.com

DATE: April 16, 2019