# Dukes County Registry of Deeds

# Electronically Recorded Document

This is the first page of the document - Do not remove

## Recording Information

| | |
|---|---|
| Document Number | : 861 |
| Document Type | : ASM |
| Recorded Date | : February 14, 2018 |
| Recorded Time | : 08:59:14 AM |
| Recorded Book and Page | : 01460 / 550 |
| Number of Pages(including cover sheet) | : 3 |
| Receipt Number | : 199016 |
| Recording Fee | : $75.00 |

**Dukes County Registry of Deeds**
**Paulo C. DeOliveira, Register**
81 Main Street
PO Box 5231
Edgartown, MA 02539
508-627-4025
www.Masslandrecords.com

Recording Requested By and Return to:
SELENE FINANCE LP
9990 RICHMOND AVE., SUITE 400 SOUTH
HOUSTON, TX 77042

# ASSIGNMENT OF MORTGAGE

*FOR VALUE RECEIVED,*
ASSIGNOR: **WILMINGTON SAVINGS FUND SOCIETY, FSB, DOING BUSINESS AS CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR BCAT 2014-10TT**, whose address is C/O SELENE FINANCE LP, 9990 RICHMOND AVE, STE 400 S, Houston, TX 77042, does hereby assign and transfer to
ASSIGNEE: **MTGLQ INVESTORS, L.P.**, whose address is C/O THE GOLDMAN SACHS GROUP, INC., 6011 CONNECTION DRIVE, 5TH FLOOR, IRVING, TX 75039, all its right, title and interest in and to the described Mortgage:
BORROWER: **MATTHEW J. VANDERHOOP**
LENDER: **SOVEREIGN BANK, ITS SUCCESSORS AND ASSIGNS**
DATED: 4/24/2007                AMOUNT: $850,000.00
RECORDED: 4/30/2007 at Book 1119 Page 298, Instrument or Document 2007 00003136,
in the **DUKES** County Clerk's Office, State of **MASSACHUSETTS**.

Property Address: 17 OLD SOUTH, AQUINNAH, MASSACHUSETTS 02535

Executed this ___1-10-2018___

WILMINGTON SAVINGS FUND SOCIETY, FSB, DOING BUSINESS AS CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR BCAT 2014-10TT BY SELENE FINANCE LP, ATTORNEY IN FACT

By: _/s/ Donna Brammer_
    DONNA BRAMMER
Title: VICE PRESIDENT

POA RECORDING: For authority see Power of Attorney recorded herewith

## ACKNOWLEDGMENT

STATE OF TEXAS

COUNTY OF HARRIS

January 10, 2018

On this day before me, the undersigned notary public, persnoally appeared DONNA BRAMMER the VICE PRESIDENT of SELENE FINANCE LP, A DELAWARE LIMITED PARTNERSHIP, AS ATTORNEY IN FACT FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, DOING BUSINESS AS CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR BCAT 2014-10TT, proved to me through satisfactory evidence of identification, being (check whichever applies):  [ ] driver's license or other state or federal governmental document bearing a photographic image; [ ] oath or affirmation of a credible witness known to me who knows the above signatory; or [x] my own personal knowledge of the identity of the signatory, to be the person whose name is signed above, and acknowledged the foregoing to be signed by him/her as the free act and deed, voluntarily for its stated purpose.

Witness my hand and official seal.

_____
Notary Public in and for the State of TEXAS
Notary's Printed Name:  DANIELLE R. MURPHY
My Commission Expires: 10/24/2020

For 850000 dated 4/24/2007

DANIELLE R. MURPHY
Notary Public, State of Texas
Comm. Expires 10-24-2020
Notary ID130873214

ATTEST: Paulo C. DeOliveira, Register