**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| MATTHEW VANDERHOOP,<br>　　　　Plaintiff<br><br>v.<br><br>WILMINGTON SAVINGS FUND<br>SOCIETY FSB, D/B/A CHRISTIANA<br>TRUST, NOT IN ITS INDIVIDUAL<br>CAPACITY, BUT SOLELY AS<br>TRUSTEE FOR BCAT 2014-10TT,<br>　　　　Defendant | CIVIL ACTION NO. 1:18-CV-11924-FDS |

**CERTIFICATE OF SERVICE**

　　I, Deborrah M. Dorman, certify that *Plaintiff's Memorandum of Law in Support of Emergency Motion for a Temporary Restraining Order and Preliminary Injunction* were filed with the Clerk of Court today, May 7, 2019, using the CM/ECF system to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

May 7, 2019　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　"/s/"*Deborrah M. Dorman*
　　　　　　　　　　　　　　　　　　　　Deborrah M. Dorman, Esq., #635729
　　　　　　　　　　　　　　　　　　　　Law Office of Deborrah M. Dorman
　　　　　　　　　　　　　　　　　　　　Post Office Box 944
　　　　　　　　　　　　　　　　　　　　Tisbury, MA 02568
　　　　　　　　　　　　　　　　　　　　(774) 563-0040
　　　　　　　　　　　　　　　　　　　　dormandmd@aol.com