UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| MATTHEW VANDERHOOP,<br>   Plaintiff<br><br>v.<br><br>WILMINGTON SAVINGS FUND<br>SOCIETY FSB, CHRISTIANA<br>TRUST, NOT IN ITS INDIVIDUAL<br>CAPACITY, BUT SOLELY AS<br>TRUSTEE FOR BCAT 2014-10TT,<br>   Defendant | CIVIL ACTION NO. 1:18-cv-111924-FDS<br><br>JUDGE SAYLOR<br><br>ORAL ARGUMENT REQUESTED |

**PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

  NOW COMES Mr. Matthew Vanderhoop, Plaintiff in the above-entitled case, who hereby submits *Plaintiff's Motion in Opposition to Defendant's Motion for Summary Judgment,* pursuant to Fed.R.Civ.P. 56. Mr. Vanderhoop, in support of this Motion, states that the numerous affidavits filed in this action by Wilmington Savings Fund Society FSB, Christiana Trust, Not in its Individual Capacity, but Solely as Trustee for BCAT 2014-10TT (hereinafter "Wilmington") are not tailored to the facts of this case. Wilmington has clearly failed to meets its burden of showing that it complied with the provisions of M.G.l.c. 244 §35B and it is, therefore, not entitled to summary judgement as a matter of law. In furtherance of this *Motion,* Mr. Vanderhoop files within, "*Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment.*

  WHEREFORE, Mr. Vanderhoop respectfully requests that this Court deny Wilmington's *Motion for Summary Judgment* and, for any other such relief as this Court deems just, equitable, and appropriate.

May 10, 2019                                        Respectfully submitted,
                                                    MATTHEW VANDERHOOP
                                                    By his attorney,


                                                    "/s/"<u>*Deborrah M. Doman*</u>
                                                    Deborrah M. Dorman, Esq., #635729
                                                    Law Office of Deborrah M. Dorman
                                                    Post Office Box 944
                                                    Tisbury, MA 02568
                                                    (774) 563-0040
                                                    dormandmd@aol.com