UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW VANDERHOOP,<br>    Plaintiff<br><br>v.<br><br>WILMINGTON SAVINGS FUND<br>SOCIETY FSB, D/B/A CHRISTIANA<br>TRUST, NOT IN ITS INDIVIDUAL<br>CAPACITY, BUT SOLELY AS<br>TRUSTEE FOR BCAT 2014-10TT,<br>    Defendant | CIVIL ACTION NO. 1:18-CV-11924-FDS |

## CERTIFICATE OF SERVICE

I, Deborrah M. Dorman, certify that *Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment* were filed today, May 10, 2019, with the Court Clerk, through the ECF system, to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

May 10, 2019                                         Respectfully submitted,

"/s/"*Deborrah M. Dorman*
Deborrah M. Dorman, Esq., #635729
Law Office of Deborrah M. Dorman
Post Office Box 944
Tisbury, MA 02568
(774) 563-0040
dormandmd@aol.com