# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Matthew Vanderhoop
             Plaintiff(s)

v.                                    CIVIL ACTION NO. 1:18-cv-11924-FDS

Wilmington Savings Funds Society FSB
             Defendant(s)

## JUDGMENT IN A CIVIL CASE

**SAYLOR U.S.D.J**

**IT IS ORDERED AND ADJUDGED:** Pursuant to the Memorandum and Order of this court on 07/15/2019, Summary Judgment is GRANTED for the Defendant. This action is hereby dismissed

ROBERT M. FARRELL
CLERK OF COURT

Dated: 07/15/2019

By /s/ Taylor Halley
Deputy Clerk