# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW VANDERHOOP,  )<br>    Plaintiff                 )<br>                              )<br>V                                )<br>                              )<br>WILMINGTON SAVINGS FUND )<br>SOCIETY FSB, CHRISTIANA     )<br>TRUST, NOT IN ITS INDIVIDUAL )<br>CAPACITY, BUT SOLELY AS      )<br>TRUSTEE FOR BCAT 2014-10TT, )<br>    Defendant                )<br>                              ) | Civil Action No. 1:18-CV-11924-FDS<br><br>Judge Saylor<br><br>NOTICE OF APPEAL |

Notice is hereby given that Matthew Vanderhoop, the Plaintiff/Appellant in the above-named matter, hereby appeals to the United States Court of Appeals for the First Circuit from the Judgment of the District Court of the District of Massachusetts entered in this action on July 15, 2019.

| | |
|---|---|
| July 24, 2019 | Respectfully Submitted<br>MATTHEW VANDERSHOOP<br>By his attorney,<br><br>"/s/"*Deborrah M. Dorman*<br>Deborrah M. Dorman, Esq. (BBO #63729)<br>Law Office of Deborrah M. Dorman<br>Post Office Box 944<br>Tisbury, MA 02568<br>(774) 563-0040<br>dormandmd@aol.com |

## **CERTIFICATE OF SERVICE**

I, Deborrah M. Dorman, certify that Plaintiff's *Notice of Appeal* was filed today, July 24, 2019, through the ECF system and copies will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

July 24, 2019                                                                 Respectfully submitted,

                                                                                   "/s/"*Deborrah M. Dorman*
                                                                                   Deborrah M. Dorman, Esq. (BBO #63729)
                                                                                   Law Office of Deborrah M. Dorman
                                                                                   Post Office Box 944
                                                                                   Tisbury, MA 02568
                                                                                   (774) 563-0040
                                                                                   dormandmd@aol.com