**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| **MATTHEW VANDERHOOP,** <br> Plaintiff <br><br> V <br><br> **WILMINGTON SAVINGS FUND SOCIETY FSB, CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR BCAT 2014-10TT,** <br> Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:18-CV-11924-FDS <br><br> Judge Saylor |

## CERTIFICATE OF SERVICE

I, Deborrah M. Dorman, certify that Plaintiff's *Notice of Appeal* was filed today, July 24, 2019, through the ECF system and copies will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

July 24, 2019                                           Respectfully submitted,

"/s/"*Deborrah M. Dorman*
Deborrah M. Dorman, Esq. (BBO #63729)
Law Office of Deborrah M. Dorman
Post Office Box 944
Tisbury, MA 02568
(774) 563-0040
dormandmd@aol.com