# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Vanderhoop v. Wilmington Savings Funds Society FSB

District Court Number: 18cv11924-FDS

Fee: Paid? Yes _X_ No ____ Government filer ____ *In Forma Pauperis* Yes ____ No ____

Motions Pending   Yes ____ No _X_         Sealed documents   Yes ____ No _X_
*If yes, document #* _____          *If yes, document #* _____

*Ex parte* documents   Yes ____ No _X_     Transcripts        Yes ____ No _X_
*If yes, document #* _____          *If yes, document #* _____

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent ____   Other: ____

Appeal from:

#66 Memorandum and Order, #67 Judgment

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#66, #67, and #68

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 68 filed on July 24, 2019.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 25, 2019.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**